(Official Form 1) (9/01)

FORM B1

**United States Bankruptcy Court**
**District of Delaware**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Foamex International Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>05-0473908 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1000 Columbia Avenue<br>Linwood, PA 19061 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>Delaware County, Pennsylvania | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☐ Individual(s) ☐ Railroad
☑ Corporation ☐ Stockbroker
☐ Partnership ☐ Commodity Broker
☐ Other ____________

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7 ☑ Chapter 11 ☐ Chapter 13
☐ Chapter 9 ☐ Chapter 12
☐ Sec. 304 – Case ancillary to foreign proceeding

**Nature of Debts** (Check all boxes that apply)

☐ Consumer/Non-Business ☑ Business

**Chapter 11 Small Business** (Check box)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application of the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates Only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expense paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| Estimated Number of Creditors | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| Estimated Assets | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| Estimated Debts | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

(Official Form 1) (9/01) FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor: Foamex International Inc. | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Names of Debtors: See attached list of affiliates of this Debtor with bankruptcy cases commenced herewith. | Case Number: | Date Filed: September __, 2005 |
| District: District of Delaware | Relationship: Subsidiaries | Judge: |

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
telephone Number (If not represented by attorney)

______________________________
Date

**Signature of Attorney**

X Pauline K. Morgan
Signature of Attorney for Debtor(s)

Pauline K. Morgan
Printed Name of Attorney of Debtor(s)

Young Conaway Stargatt & Taylor, LLP
Firm Name

1000 West Street, 17th Floor
Address

Wilmington, DE 19801

(302) 571-6600
Telephone Number

September 19, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under **Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Authorized Individual

Gregory J. Christian
Printed Name of Authorized Individual

Executive Vice President, Chief Restructuring Officer and General Counsel
Title of Authorized Individual

September 19, 2005
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United State Code, and have explained the relief available under each such chapter.

X ______________________________
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

______________________________
Printed Name of Bankruptcy Petition Preparer

______________________________
Social Security Number

______________________________
Address

______________________________
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X ______________________________
Signature of Bankruptcy Petition Preparer

______________________________
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Affiliates of this Debtor with Bankruptcy Cases Commenced Herewith:**

Foamex L.P.
FMXI, Inc.
Foamex Asia, Inc.
Foamex Latin America, Inc.
Foamex Carpet Cushion LLC
Foamex Capital Corporation
Foamex Mexico, Inc.
Foamex Mexico II, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05–_____ (_____) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**EXHIBIT A TO VOLUNTARY PETITION**

1. Foamex International Inc.'s ("Foamex") SEC file number is: 0-22624

2. The following financial data refers to Foamex's condition as of July 3, 2005, the date of Foamex's financial statements included in its last 10-Q filing with the SEC:

| | | |
|---|---|---|
| a. | Total assets | $620,826,000 |
| b. | Total debts | $744,757,000 (amounts include long-term debt and revolving credit borrowings) |
| c. | Debt securities held by more than 500 holders: | No |

| | | Amount | Approximate number of holders |
|---|---|---|---|
| d. | Number of shares of preferred stock | 15,000 (outstanding) | 1 |
| e. | Number of shares of common stock | 24,509,728 (outstanding) | 129 |

3. Brief description of Foamex's business:

Foamex, a Delaware corporation, is the largest manufacturer of flexible polyurethane and advanced polymer foam products in North America, with annual net sales of approximately $1.3 billion in 2004. Headquartered in Linwood, Pennsylvania, Foamex is a public holding company that, along with its direct and indirect subsidiaries, employs approximately 5,450 people worldwide and maintains 42 domestic and 9 international manufacturing facilities located throughout the United States, Canada and Mexico. Foamex's domestic operations are conducted through Foamex L.P., a Delaware limited partnership, in which Foamex International owns a 98.284% limited partnership interest; its international operations are conducted through Foamex L.P.'s wholly-owned subsidiaries, Foamex Canada Inc., Foamex Latin America, Inc. and Foamex Asia, Inc.

Given its size and dominant market share, Foamex believes it is the world's leading producer of comfort cushioning serving the bedding, furniture, carpet and automotive markets. Foamex also manufactures high-performance polymers for diverse industrial applications as well as for use in the aerospace, defense, electronics and computer industries.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of Foamex:

| Name of Beneficial Owner | Estimated Percentage of Total Voting Power* |
|---|---|
| Bank of Nova Scotia | 22.34% |
| Kennedy Capital Management, Inc. | 19.44% |
| William D. Witter, Inc. | 7.50% |

* Information as of April 1, 2005, included in Foamex's proxy statement.

Further, additional parties may have acquired 5% or more of the voting securities of Foamex, but such acquisitions may not be reflected in public filings.

**RESOLUTIONS OF**
**BOARD OF DIRECTORS**
**OF FOAMEX INTERNATIONAL INC.**

Upon motion duly made, seconded, and carried the following resolutions were adopted by the affirmative vote of a majority of the directors present at the time of the vote, at a duly called meeting of the Board of Directors of Foamex International Inc. (the "Corporation") in which a quorum was present, in each case, in accordance with the Articles of Incorporation and by-laws of the Corporation:

RESOLVED, that in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interests of the Corporation, its creditors and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Corporation under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

RESOLVED, that the Corporation shall be, and it hereby is, authorized, directed and empowered (i) to file the Petition, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and be it further

RESOLVED, that the President and Chief Executive Officer, Executive Vice President and Chief Financial Officer, Senior Vice President and Chief Accounting Officer, Executive Vice President, Chief Restructuring Officer and General Counsel, and Senior Vice President and Treasurer (collectively, the "Designated Officers"), be and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and be it further

RESOLVED, that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss"), be, and hereby is, authorized, empowered and directed to represent the Corporation, as counsel, in connection with any case commenced by it under the Bankruptcy Code; and be it further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP, be, and hereby is, authorized, empowered and directed to represent the Corporation, as co-counsel with Paul Weiss, in connection with any case commenced by it under the Bankruptcy Code; and be it further

RESOLVED, that Miller Buckfire & Co. LLC, be, and hereby is, authorized, empowered and directed to represent the Corporation, as its financial advisor, in connection with any case commenced by it under the Bankruptcy Code; and be it further

RESOLVED, that KPMG LLP be, and hereby is, authorized, empowered and directed to represent the Corporation, as its auditor and accountant, in connection with any case commenced by it under the Bankruptcy Code; and be it further

RESOLVED, that Bankruptcy Services LLC be, and hereby is, authorized, empowered and directed to represent the Corporation, as its notice, claims, solicitation and balloting agent, in connection with any case commenced by it under the Bankruptcy Code; and be it further

RESOLVED, that the Designated Officers be, and hereby are, authorized to employ other special counsel, accountants and other professionals as appropriate in connection with any case commenced by the Corporation under the Bankruptcy Code; and be it further

RESOLVED, that, based upon Miller Buckfire & Co. LLC's presentation to the Board of its Preliminary Indicative Valuation Analysis, the Designated Officers be, and hereby are, authorized to pursue a restructuring consistent with that certain Term Sheet For Chapter 11 Plan of Reorganization, in substantially the form presented to the Board, which outlines the principal terms of a chapter 11 plan of reorganization for the Corporation; and be it further

RESOLVED, that the Corporation is hereby authorized to enter into as a guarantor that certain debtor-in-possession credit agreement (the "DIP Revolving Loan Agreement") with Bank of America, N.A., as lender (together with the other lenders party thereto from time to time, the "Revolving Loan Lenders") and agent (in such capacity, the "Revolving Loan Agent"), and the other guarantors party thereto; and all documents, agreements and instruments related thereto, all schedules and exhibits attached to any of the foregoing, and any and all amendments thereto and renewals and extensions thereof, (collectively, the "DIP Revolving Loan Documents") and such DIP Revolving Loan Documents are hereby adopted and approved in all respects; and that the Corporation hereby is authorized to enter into and perform its obligations under the DIP Revolving Loan Agreement and the other DIP Revolving Loan Documents to which it is a party; to borrow under and in accordance with the terms of the DIP Revolving Loan Documents on a secured revolving basis in such amounts as may be mutually agreed to from time to time; to incur from time to time obligations in respect of letters of credit and other extensions of credit; to grant to the Revolving Loan Agent, for the benefit of the Revolving Loan Lenders, a lien upon all or substantially all of the real and personal property of the Corporation as security for the Obligations (as defined in the DIP Revolving Loan Agreement) outstanding from time to time; to accord "superpriority" administrative status under section 503(b) of the Bankruptcy Code to amounts due under the DIP Revolving Loan Documents to pay all amounts due thereunder from time to time; to enter into such banking and cash management arrangements as are necessary or

desirable to give effect to the requirements of the DIP Revolving Loan Documents, including by way of the execution and delivery of blocked account agreements for the benefit of the Revolving Loan Agent; to provide each bank or trust company that at any time maintains an account on behalf of the Corporation with the necessary authority to deposit to the credit of the Revolving Loan Agent for the benefit of the Revolving Loan Agent and the Revolving Loan Lenders all checks, drafts, orders or instruments payable to the Corporation or to its order; and that the Designated Officers and each other officer of the Corporation be, and each of them hereby is, authorized in the name and on behalf of the Corporation and under its corporate seal or otherwise, to execute and deliver the DIP Revolving Loan Agreement and the other DIP Loan Revolving Loan Documents to which the Corporation is a party, with such deletions or changes therein or additions thereto as the officer executing the same deems necessary, desirable, convenient or appropriate and each such officer is further authorized to waive the Corporation's right to a trial by jury and any other rights of the Corporation as such officer deems appropriate; and be it further

RESOLVED, that the Corporation is hereby authorized to enter into as a guarantor that certain debtor-in-possession credit agreement (the "DIP Term Loan Agreement") with Silver Point Finance, LLC, as lender (together with the other lenders party thereto from time to time, the "Term Loan Lenders") and agent (in such capacity, the "Term Loan Agent"), Foamex L.P., as borrower and guarantor, the other guarantors party thereto; and all documents, agreements and instruments related thereto, all schedules and exhibits attached to any of the foregoing, and any and all amendments thereto and renewals and extensions thereof (collectively, the "DIP Term Loan Documents"), and such DIP Term Loan Documents are hereby adopted and approved in all respects; and that the Corporation hereby is authorized to enter into and perform its obligations under the DIP Term Loan Agreement and the other DIP Term Loan Documents to which it is a party, under and in accordance with the terms of the DIP Term Loan Documents on a secured term basis in such amounts as may be mutually agreed to from time to time; to incur from time to time obligations in respect of letters of credit and other extensions of credit; to grant to the Term Loan Agent, for the benefit of the Term Loan Lenders, a lien upon all or substantially all of the real and personal property of the Corporation as security for the Obligations (as defined in the DIP Term Loan Agreement) outstanding from time to time; to accord "superpriority" administrative status under section 503(b) of the Bankruptcy Code to all amounts due under the DIP Term Loan Documents; to pay all amounts due thereunder from time to time; and that the Designated Officers and each other officer of the Corporation be, and each of them hereby is, authorized in the name and on behalf of the Corporation and under its corporate seal or otherwise, to execute and deliver the DIP Term Loan Agreement and the other DIP Term Loan Documents to which the Corporation is a party, with such deletions or changes therein or additions thereto as the officer executing the same deems necessary, desirable, convenient or appropriate and each such officer is further authorized to waive the Corporation's right to a trial by jury and any other rights of the Corporation as such officer deems appropriate; and be it further

RESOLVED, that each and every officer of the Corporation be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Corporation to take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing, including the execution and delivery of any instruments of indebtedness, security agreements, pledges, financing statements and the like, and to perform the obligations of the Corporation under the Bankruptcy Code, all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Corporation; and be it further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Corporation, each of the officers of the Corporation be, and each of them hereby is authorized, directed and empowered, in the name and on behalf of the Corporation, to do or cause to be done all such further acts and things and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Corporation to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it further

RESOLVED, that all actions heretofore taken by any officer or director of the Corporation in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects; and it is further

RESOLVED, that the powers and authorizations hereby conferred by this Board of Directors shall be binding upon the Corporation.

STATE OF ______________ )
: ss.:
COUNTY OF ____________ )

I, Gregory J. Christian, do hereby certify that I am the Executive Vice President, Chief Restructuring Officer and General Counsel of Foamex International Inc., a corporation duly organized and existing under and by virtue of the laws of the State of Delaware. I do further certify that the foregoing is a true, full, and correct copy of the resolutions duly adopted by the Board of Directors of said corporation at a Board meeting duly held telephonically on September 18, 2005, at which all directors present were able to speak and hear each other and at which a quorum was present.

I do further certify that said resolutions have not been altered, amended, or repealed, and are now in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of said corporation this 19th day of September.

______________________________
Name: Gregory J. Christian
Title: Vice President,
Chief Restructuring Officer
and General Counsel

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-_______ ( ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

CONSOLIDATED LIST OF UNSECURED CREDITORS HOLDING
25 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is the consolidated list of the Debtors' creditors holding the 25 largest unsecured claims. This list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedures for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 25 largest unsecured claims.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>Contingent Unliquidated Disputed | (5)<br>AMOUNT OF CLAIM (if secured, also state value of security)[1] |
|---|---|---|---|---|
| 1. U.S. Bank National Association<br>Corporate Trust Services<br>100 Wall Street – Suite 1600<br>New York, NY 10005<br>Fax: 212-514-6841 | U.S. Bank National Association<br>Corporate Trust Services<br>100 Wall Street – Suite 1600<br>New York, NY 10005<br>Attn: James E. Murphy, Vice President<br>Fax: 212-514-6841 | 10 ¾% Senior Secured Notes | Unliquidated | $300,000,000 |

[1] The amounts listed in this column for trade and contract debt represent a combination of (i) balances reflected in the Debtors' accounts payable system, and (ii) estimates of amounts for which the Debtors have not yet been invoiced. None of the amounts herein reflect any prepetition interest that might be owing.

[2] While the amount of the total claim is known and correctly reflected herein, the amount of any deficiency claim is unliquidated.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>Contingent Unliquidated Disputed | (5)<br>AMOUNT OF CLAIM (if secured, also state value of security)[1] |
|---|---|---|---|---|
| 2. The Bank of New York<br>101 Barclay Street<br>Floor 21 W<br>New York, NY 10286<br>Fax: 212-815-5915 | The Bank of New York<br>101 Barclay Street<br>Floor 21 W<br>New York, NY 10286<br>Attn: Corporate Trust Trustee Administration<br>Fax: 212-815-5915 | Senior Subordinated Notes (2 tranches) | N/A | $200,085,000 |
| 3. Dow Chemical<br>2030 Dow Center<br>Midland, MI 48674<br>Fax: 989-636-2705 | Dow Chemical<br>2030 Dow Center<br>Midland, MI 48674<br>Attn: Don Marquette<br>Phone: 856-802-9465<br>Fax: 989-636-2705<br>Email: dmarquette@dow.com | Trade debt | N/A | $20,513,344 |
| 4. Lyondell Chemical Worldwide<br>1221 McKinney Street<br>Houston, TX 77010<br>Fax: 713-951-1602 | Lyondell Chemical Worldwide<br>1221 McKinney Street<br>Houston, TX 77010<br>Attn: Larry Schubert<br>Phone: 713-309-4960<br>Fax: 713-951-1602<br>Email: lawrence.schubert@lyondell.com | Contract | N/A | $16,620,973 |
| 5. Bayer Corporation<br>100 Bayer Road<br>Pittsburgh, PA 15205<br>Fax: 412-777-7760 | Bayer Corporation<br>100 Bayer Road<br>Pittsburgh, PA 15205<br>Attn: Bob Kirk<br>Phone: 412-777-2560<br>Fax: 412-777-7760<br>Email: robert.kirk@bayerpolymers.com | Contract | N/A | $14,047,029 |
| 6. Shell Chemical Co.<br>P.O. Box 2463<br>Houston, TX 77252-2463<br>Fax: 713-241-6465 | Shell Chemical Co.<br>One Shell Plaza<br>Houston, TX 77002<br>Attn: Jean Claude Vandichel<br>Phone: 713-241-4965<br>Fax: 713-241-3809<br>Email: jean.claude.vandichel@shell.com | Contract | N/A | $7,525,634 |
| 7. BASF Corporation<br>1609 Biddle Avenue<br>Wyandotte, MI 48192<br>Fax: 734-324-5452 | BASF Corporation<br>1609 Biddle Avenue<br>Wyandotte, MI 48192<br>Attn: Larry Berkowski<br>Phone: 734-324-5485<br>Fax: 734-324-5452<br>Email: berkowl@basf.com | Trade debt | N/A | $4,030,256 |

| (1)<br><br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER | (2)<br><br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br><br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br><br>Contingent Unliquidated Disputed | (5)<br><br>AMOUNT OF CLAIM (if secured, also state value of security)[1] |
|---|---|---|---|---|
| 8. Huntsman Polyurethanes<br>10003 Woodloch Forest Drive<br>The Woodlands, TX 77380<br>Fax: 713-235-6416 | Huntsman Polyurethanes<br>10003 Woodloch Forest Drive<br>The Woodlands, TX 77380<br>Attn: Greg Geaman<br>Phone: 281-719-4822<br>Fax: 713-235-6416<br>Email: gregory_n_geaman@huntsman.com | Contract | N/A | $2,723,096 |
| 9. Milliken & Company<br>920 Milliken Road<br>Spartanburg, SC 29303<br>Fax: 212-819-4279 | Milliken and Company<br>920 Milliken Road<br>Spartanburg, SC 29303<br>Attn: Denis Golden<br>Phone: 212-819-4586<br>Fax: 212-819-4279<br>Email: Denis.Golden@Milliken.com | Trade debt | N/A | $1,262,232 |
| 10. American Express Travel Related Services Company, Inc.<br>Travel Group Service Center<br>20022 North 31st Avenue<br>Mail Code 080315<br>Phoenix, AZ 85027<br>Attn: Corporate Purchasing Card Unit<br>Fax: 623-492-1777 | American Express Travel Related Services Company, Inc.<br>Travel Group Service Center<br>20022 North 31st Avenue, Mail Code 080315<br>Phoenix, AZ 85027<br>Attn: Renee Celinski<br>Phone: 609-844-7770<br>Fax: 623-492-1777<br>Email: renee.celinski@aexp.com | Contract | N/A | $1,200,000 |
| 11. Kawashima Textile USA Inc.<br>412 Groves Street<br>Lugoff, SC 29078<br>Fax: 803-421-0039 | Kawashima Textile USA Inc.<br>412 Groves Street<br>Lugoff, SC 29078<br>Attn: Cris Cowger, Vice President, Sales<br>Phone: 803-421-0033<br>Fax: 803-421-0039<br>Email: ccowger@kawashima-usa.com | Trade debt | N/A | $1,061,233 |
| 12. EDS Corporation<br>H1-5E-85<br>5400 Legacy Drive<br>Plano, TX 75024<br>Fax: 972-605-6508 | EDS Corporation<br>H1-5E-85<br>5400 Legacy Drive<br>Plano, TX 75024<br>Attn: Dale Hoenshell<br>Client Executive<br>Phone: 972-605-5103<br>Fax: 972-605-6508<br>Email: dale.hoenshell@eds.com | Contract | N/A | $1,056,750 |
| 13. Mesilla Valley Transportation<br>3530 West Picocho<br>Los Cruces, NM 88001<br>Fax: 505-524-2835 | Mesilla Valley Transportation<br>3530 West Picocho<br>Los Cruces, NM 88001<br>Attn: Royal Jones<br>Phone: 505-541-4252<br>Fax: 505-524-2835<br>Email: royal@m-v-t.com | Contract | N/A | $898,506 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) Contingent Unliquidated Disputed | (5) AMOUNT OF CLAIM (if secured, also state value of security)[1] |
|---|---|---|---|---|
| 14. Inolex Chemical Co.<br>Jackson and Swanson Streets<br>Philadelphia, PA 19148<br>Fax: 215-271-6282 | Inolex Chemcial Co.<br>Jackson and Swanson Streets<br>Philadelphia, PA 19148<br>Attn: Mike Chiarlone, Jr.<br>Phone: 215-271-0800, ext. 227<br>Fax: 215-271-2621<br>Email: mchiarlone@inolex.com | Contract | N/A | $894,672 |
| 15. Goldschmidt Chemical Corp.<br>914 E. Randolph Rd.<br>Hopewell, VA 23860<br>Fax: 704-544-0240 | Goldschmidt Chemical Corp.<br>914 E. Randolph Rd.<br>Hopewell, VA 23860<br>Attn: J.W. Witherspoon<br>Market Manager<br>Phone: 704-544-0230<br>Fax: 704-544-0240<br>Email: jay.witherspoon@degussa.com | Trade debt | N/A | $714,928 |
| 16. Maverick Inc.<br>5817 Tree Line Drive<br>Madison, WI 53711<br>Fax: 608-227-0224 | Maverick Inc.<br>5817 Tree Line Drive<br>Madison, WI 53711<br>Attn: Chris Peterson<br>Phone: 608-227-0223<br>Fax: 608-227-0224<br>Email: chris@maverickbroker.com | Contract | N/A | $663,328 |
| 17. Great Lakes Chemical Corp., a Chemtura Company<br>P.O. Box 2200<br>West Lafayette, IN 47906<br>Fax: 704-894-0162 | Great Lakes Chemical Corp., a Chemtura Company<br>P.O. Box 2200<br>West Lafayette, IN 47906<br>Attn: Vice President, Marketing<br>Phone: 704-894-0781<br>Fax: 704-894-0162<br>Email: mswing@chemtura.com | Contract | N/A | $531,680 |
| 18. Gulbrandsen Mfg.<br>183 Gulbrandsen Road<br>Orangeburg, SC 29116<br>Fax: 908-735-6971 | Gulbrandsen Mfg.<br>183 Gulbrandsen Road<br>Orangeburg, SC 29116<br>Attn: Donald Gulbrandsen<br>Phone: 908-735-5458 ext. 108<br>Fax: 908-735-6971<br>Email: donaldg@gulbrandsen.com | Trade debt | N/A | $461,916 |
| 19. GE Silicones<br>318-24 Forth Avenue<br>South Charleston, WV 25303<br>Fax: 704-545-2475 | GE Silicones<br>318-24 Forth Avenue<br>South Charleston, WV 25303<br>Attn: David Simpson<br>Account Executive<br>Phone: 704-545-7250<br>Fax: 704-545-2475<br>Email: david.simpson@ge.com | Trade debt | N/A | $441,155 |

| (1)<br><br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER | (2)<br><br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br><br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br><br>Contingent Unliquidated Disputed | (5)<br><br>AMOUNT OF CLAIM (if secured, also state value of security)[1] |
|---|---|---|---|---|
| 20. Crowley Chemical Company<br>261 Madison Avenue<br>14th Floor<br>New York, NY 10016<br>Fax: 212-953-3487 | Crowley Chemical Company<br>261 Madison Avenue<br>14th Floor<br>New York, NY 10016<br>Attn: Christopher Montensen<br>Phone: 212-682-1200<br>Fax: 212-953-3487<br>Email: chris@crowleychemical.com | Trade debt | N/A | $370,386 |
| 21. Knight Transportation<br>5601 W. Buckeye Road<br>Phoenix, AZ 85043<br>Fax: 714-685-6606 | Knight Transportation<br>5601 W. Buckeye Road<br>Phoenix, AZ 85043<br>Attn: Keith Knight<br>Phone: 602-606-6457<br>Fax: 714-685-6606<br>Email: keith@knighttrans.com | Contract | N/A | $365,598 |
| 22. NBS Trucking<br>P.O. Box 39<br>Custer City, PA 16725<br>Fax: 814-362-6472 | NBS Trucking<br>P.O. Box 39<br>Custer City, PA 16725<br>Attn: Jim Rychik<br>Phone: 814-362-2076<br>Fax: 814-362-6472<br>Email: jrychik@nbstrucking.com | Contract | N/A | $353,997 |
| 23. Advanced Foam Recycling Inc.<br>P.O. Box 822022<br>North Richland Hills, TX 76182<br>Fax: 817-834-2676 | Advanced Foam Recycling Inc.<br>P.O. Box 822022<br>North Richland Hills, TX 76182<br>Attn: Duane Renfro<br>Phone: 817-834-7662<br>Fax: 817-834-2676<br>Email: duane@advfoamrec.com | Trade debt | N/A | $285,373 |
| 24. Albermarle Corporation<br>108 Interlachen Ct.<br>Avondale, PA 19311<br>Fax: 610-268-3025 | Albermarle Corporation<br>108 Interlachen Ct.<br>Avondale, PA 19311<br>Attn: Paul A. Fauss<br>Phone: 610-268-0232<br>Fax: 610-268-3025<br>Email: paul_fauss@albermarle.com | Trade debt | N/A | $278,232 |
| 25. AM & Associates<br>602 North Cypress Street<br>Orange, CA 92867-6604<br>Fax: 714-744-9865 | AM & Associates<br>602 North Cypress Street<br>Orange, CA 92867-6604<br>Attn: Bob Kirish<br>Phone: 714-744-1100<br>Fax: 714-744-9865<br>Email: bob@pplc.net | Trade debt | N/A | $252,096 |

DECLARATION CONCERNING CONSOLIDATED
LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS

I, Gregory J. Christian, am Vice President, Chief Restructuring Officer, General Counsel and Secretary of Foamex International Inc., one of the debtors in these cases. In my capacity as such, I have detailed knowledge of and experience with the business and financial affairs of Foamex International and its subsidiaries and affiliates, including Foamex L.P., Foamex Carpet Cushion LLC, Foamex Latin America, Inc., Foamex Asia, Inc., FMXI, Inc., Foamex Capital Corporation, Foamex Mexico, Inc. and Foamex Mexico II, Inc., the chapter 11 debtors. I hereby declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 25 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: Linwood, Pennsylvania
September 19, 2005

Gregory J. Christian
Executive Vice President, Chief Restructuring Officer, General Counsel and Secretary, Foamex International Inc.