# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FOAMEX INTERNATIONAL, INC. *ET AL.*<br><br>DEBTORS. | CHAPTER 11<br><br>CASE NO. 05-12685 (PJW)<br><br>JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND <u>BANKRUPTCY RULES 2002(g) AND 9010</u>

**NOTICE IS HEREBY GIVEN** pursuant to pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that Lowenstein Sandler PC and Saul Ewing LLP appear for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), a party in interest in this chapter 11 case, and requests that all notices given or required to be given (including, without limitation, all papers filed and served in the chapter 11 case and all adversary and other proceedings which affects debtor estate property, and all notices mailed only to any statutory committees or their authorized agents, and to parties in interest who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
(973) 597-2400 fax
**Attn:   Sharon L. Levine, Esq.**
E-mail: slevine@lowenstein.com
**Attn: Kenneth A. Rosen, Esq.**
E-mail: krosen @lowenstein.com
**Attn:   S. Jason Teele, Esq.**
E-mail: steele@lowenstein.com
**Attn: Kimberly R. Goldberg, Esq.**
E-mail: kgoldberg@lowenstein.com

-and-

**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899
(302) 421 6834
(302 ) 421 5872 fax
**Attn: Donald Detweiler, Esq.**
E-mail: ddetweiler@saul.com

**NOTICE IS FURTHER GIVEN** that this Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the Committee's rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | **LOWENSTEIN SANDLER PC** |
|  | Kenneth A. Rosen, Esq. (KR 4963) |
|  | Sharon L. Levine, Esq. (SL 2109) |
|  | S. Jason Teele, Esq. (SJT 7390) |
|  | Kimberly R. Goldberg (KRG 0117) |
|  | 65 Livingston Avenue |
|  | Roseland, New Jersey 07068 |
|  | *Proposed Counsel to the Official Committee of Unsecured Creditors* |
|  |  |
|  | -- and -- |
|  |  |
| Dated: October 11, 2005 | */s/ Donald J. Detweiler* |
|  | Donald Detweiler, Esq. |
|  | **SAUL EWING LLP** |
|  | 222 Delaware Avenue, Suite 1200 |
|  | PO Box 1266 |
|  | Wilmington, DE  19899 |
|  | *Proposed Co-Counsel to the Official Committee of Unsecured Creditor* |