IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| FOAMEX INTERNATIONAL INC, *et al.*, ) | Case No. 05-12685 (PJW) |
| ) | |
| Debtors. ) | Objections Due: November 2, 2005 by 4:00 p.m. |
| ) | Hearing Date: November 9, 2005 at 9:30 a.m. |

NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ORDER UNDER SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 APPROVING RETENTION OF JEFFERIES & COMPANY, INC. AS FINANCIAL ADVISORS TO THE COMMITTEE AND GRANTING WAIVER OF COMPLIANCE WITH CERTAIN REQUIREMENTS UNDER DEL. BANKR. LR 2016-2

TO:

| | | |
|---|---|---|
| Gregory J. Christian, Esquire<br>Executive V.P., Restructuring Officer<br>& General Counsel<br>Foamex International, Inc.<br>1000 Columbia Avenue<br>Linwood, PA 19061 | Pauline K. Morgan, Esquire<br>Joseph Barry, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19899 | David Buchbinder, Esquire<br>Office of the United States<br>Trustee<br>844 King Street, Suite 2313<br>Lock Box 35<br>Wilmington, DE 19801 |
| Louis T. DeLucia, Esquire<br>Buchanan Ingersoll P.C.<br>700 Alexander Park<br>Suite 300<br>Princeton, NJ 08540 | Alan W. Kornberg, Esquire<br>Brian S. Hermann, Esquire<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Marc D. Rosenberg, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Jami B. Nimeroff, Esquire<br>Buchanan Ingersoll P.C.<br>1007 North Orange Street<br>Suite 1110<br>Wilmington, DE 19801 | James M. Peck, Esquire<br>Andrew R. Gottesman, Esquire<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022 | Adam G. Landis, Esquire<br>Kerri K. Mumford, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |

All parties in interest required to
receive notice pursuant to Fed. R.
Bankr. Proc. 2002.

**The Official Committee of Unsecured Creditors' Application for Order Under Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Jefferies & Company, Inc. as Financial Advisors to the Committee and Granting Waiver of Compliance with Certain Requirements Under Del. Bankr. LR 2016-2** (the "Application"), which seeks authorization to retain Jefferies & Company, Inc. (the "Applicant") as financial advisors to the Official Committee of Unsecured Creditors of Foamex International, Inc., *et al.,* was filed with the Bankruptcy Court on October 20, 2005.

You are required to file a response to the attached Application on or before **November 2, 2005 at 4:00 p.m.**

At the same time, you must also serve a copy of the response on the Applicant and upon proposed counsel for the Official Committee of Unsecured Creditors:

| | | |
|---|---|---|
| Michael J. Henkin | Kenneth A. Rosen, Esquire | Donald J. Detweiler, Esquire |
| Senior Vice President | LOWENSTEIN SANDLER PC | SAUL EWING LLP |
| JEFFERIES & COMPANY, INC. | 65 Livingston Avenue | 222 Delaware Avenue, Suite 1200 |
| 520 Madison Avenue, 12th Floor | Roseland, New Jersey 07068 | P.O. Box 1266 |
| New York, NY 10022 | Tel. 973-597-2500 | Wilmington, DE 19899 |
| Tel. 212-284-2550 | Fax. 973-597-2400 | Tel. 302-421-6834 |
| Fax. 212-284-8136 | | Fax. 302-421-5872 |

A hearing on the Application will be held before the Honorable Peter J. Walsh, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on **November 9, 2005 at 9:30 a.m.** *only if an objection is timely filed and served pursuant to this notice.*

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

SAUL EWING LLP

Donald J. Detweiler (No. 3087)
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6834

Proposed Attorneys for the Official Committee of
Unsecured Creditors of Foamex International, Inc., *et al.*

Dated: October 20, 2005