# Exhibit B

## Proposed Form of Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC, *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | Related to Docket No. _____ |
| | ) | |

**ORDER PURSUANT TO SECTIONS 328(a) AND 1103 OF THE
BANKRUPTCY CODE APPROVING THE EMPLOYMENT OF
JEFFERIES & COMPANY, INC. AS FINANCIAL ADVISORS TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned Chapter 11 cases of Foamex International, Inc., and its affiliated debtors-in-possession (collectively, the "Debtors") for an Order under Sections 328(a) and 1103(a) of the Bankruptcy Code and Rule 2014 approving retention of Jefferies & Company, Inc. ("Jefferies") as financial advisors to the Committee and granting waiver of compliance with certain requirements under Del. L.R. 2016-2 and upon the Declaration of Michael J. Henkin in support of the Application; and notice having been given to the Office of the United States Trustee, the Debtors, and all parties that have appeared and requested service of papers in these cases and, therefore, it appearing that good and sufficient notice having been given and no other or further notice need be given; and no objections to the Application having been filed; and this Court finding, further, that Jefferies does not hold or represent any interest adverse to the Debtors' estates in the matters on which it is to be retained, that Jefferies is a "disinterested" person as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy Code"), that the terms and conditions of Jefferies' employment as set forth in the Application and the Jefferies Engagement Letter (as defined in the

Application) are reasonable including, without limitation, the Fee Structure and Indemnity (in each case as defined in the Application) and that its employment as a financial advisor to the Committee and the terms thereof are in the best interests of the Debtors' estates, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that pursuant sections 328(a) and 1103(a) of the Bankruptcy Code, the Application is hereby granted and that Jefferies is hereby employed as the Committee's financial advisor on the terms and conditions set forth in the Jefferies Engagement Letter as modified in the Application; and it is further

ORDERED that the terms and conditions of Jefferies' retention, including, without limitation, the Fee Structure and the Indemnity are approved pursuant to section 328(a) of the Bankruptcy Code; and it is further

ORDERED that Jefferies will file applications for interim and final allowance of compensation and reimbursement in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules (except as provided below), and any procedures that may be fixed by Order of this Court, provided, however, that fee applications filed by Jefferies shall be subject to review only pursuant to the standards set forth in Bankruptcy Code section 328(a) and not subject to the standard of review set forth in Bankruptcy Code section 330; and it is further

ORDERED that if an Indemnified Party seeks reimbursement for attorneys' fees from the Debtors and their estates pursuant to the Indemnity, the invoices and supporting time records from the attorneys as to whose fees Jefferies is seeking reimbursement shall be annexed to Jefferies' own interim and/or final fee applications, and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of

expenses and the approval of the Bankruptcy Court under the standards of section 330 of the Bankruptcy Code regardless of whether such attorney has been retained under section 1103 of the Bankruptcy Code; and it is further

ORDERED that the requirement that Jefferies provide a categorical listing of its services as provided in Local Rule 2016-2 be and hereby is waived; and it is further

ORDERED that Jefferies shall be entitled to a monthly cash retainer fee in the amount of $150,000.00 as set forth in Paragraph 4(a) of the Jefferies Engagement Letter and all other compensation as set forth the Jefferies Engagement Letter; and it is further

ORDERED that Jefferies is authorized to provide services to the Committee as set forth in the Application.

Dated: Wilmington, Delaware
_____, 2005

_____
HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE