IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Ref. Docket No. 935, 984** |

**ORDER DENYING, WITHOUT PREJUDICE, THE MOTION OF MICHAEL BAGNATO AND SUSAN BAGNATO FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the motion (the "Motion")[1] of Michael Bagnato and Susan Bagnato for relief from the automatic stay pursuant to section 362(d) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., in order to pursue the State Court Action [*see* Docket No. 935]; and the above-captioned debtors and debtors-in-possession having filed an objection (the "Objection") to the relief requested in the Motion on April 26, 2006 [*see* Docket No. 984]; and the Court having held a hearing (the "Hearing") on May 3, 2006 to hear and consider evidence and oral argument in connection with the Motion and Objection; and the Court having made findings of fact and conclusions of law on the record at the Hearing; and after due deliberation, it is hereby

**ORDERED** that, for the reasons set forth on the record at the Hearing, the Motion is denied, without prejudice.

Dated: Wilmington, Delaware
May __9__, 2006

_____
PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.