IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 1759 |

## ORDER PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. § 105 APPROVING MEDIATED SETTLEMENT AGREEMENT BY AND BETWEEN FOAMEX L.P. AND THURMO-SLEEP, USA, INC.

Upon consideration of the motion (the "Motion") of Foamex L.P. ("Foamex" or the "Debtor"), one of the above-captioned debtors and debtors-in-possession (collectively, with Foamex International Inc., Foamex Latin America, Inc., Foamex Asia, Inc., FMXI, Inc., Foamex Carpet Cushion LLC, Foamex Capital Corporation, Foamex Mexico, Inc. and Foamex Mexico II, Inc., the "Debtors"), seeking entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. § 105 approving the Mediated Settlement Agreement between the Debtors and Thurmo-Sleep, USA, Inc. ("Thurmo-Sleep," and together with the Debtor, the "Parties"), annexed as Exhibit 1 to the Motion (the "Agreement"); and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and due and adequate notice and disclosure of the Motion having been given; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Motion is granted; and it is further

DB02:5369549.1            064397.1001

ORDERED that the Agreement is approved pursuant to Bankruptcy Rule 9019 and section 105 of the Bankruptcy Code; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Agreement and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
July 12, 2006

_____
Peter J. Walsh
United States Bankruptcy Judge