# Exhibit B

[To be filed]