# Exhibit C

# EXHIBIT C

# FINANCIAL PROJECTIONS

Reorganized Foamex International's Financial Projections for the fiscal years ending December 30, 2007, December 28, 2008, and January 3, 2010 as set forth below, are unaudited and should be read in conjunction with the assumptions, qualifications and footnotes set forth herein, the Disclosure Statement, the historical financial information (including the notes and schedules thereto) and other information set forth in Foamex International's Annual Report on Form 10-K for the fiscal year ended January 1, 2006, as amended, and in the Quarterly Reports on Form 10-Q for the first two quarters of fiscal year 2006, ended April 2, 2006 and July 2, 2006 respectively, each as previously filed with the SEC, and each of which is available for inspection on-line at www.foamex.com or at the Debtors' dedicated web page on Bankruptcy Services, LLC's website at www.bsillc.com.

The Debtors expect that the Effective Date is likely to occur in the first quarter of 2007. For purposes of these Financial Projections, the Effective Date is assumed to be February 25, 2007. These Financial Projections were prepared to illustrate Reorganized Foamex International's estimated consolidated financial positions, results of operations, and cash flows following the Effective Date.

Pursuant to the Equity Commitment Agreement and the First Amended Plan, to the extent that the Rights Offering generates proceeds of less than the Rights Offering Amount, the Significant Equityholders may exercise their Call Option created under the First Amended Plan to purchase all shares of Additional Common Stock not otherwise subscribed and paid for in full by holders of Existing Common Stock as part of the Rights Offering. Alternatively, if the Significant Equityholders do not exercise their Call Option, Foamex International may exercise its Put Option to sell the New Preferred Stock to the Significant Equityholders in an amount equal to the Rights Offering Amount less the amount to be received by Foamex International as a result of the Equityholders' exercise of rights under the Rights Offering.

Because of the uncertainty as to which of the Call Option or Put Option will ultimately be exercised, included herein are two sets of Financial Projections. The first set assumes that either all of the holders of Existing Common Stock exercise their Rights or that the Significant Equityholders exercise the Call Option under the First Amended Plan to make up any shortfall in the amount of proceeds received from the Rights Offering. The second set assumes that none of the holders of Existing Common Stock exercise their Rights and that Foamex International exercises the Put Option and sells the New Preferred Stock to the Significant Equityholders.

The Financial Projections herein include:

- A pro forma projected consolidated balance sheet of Reorganized Foamex International as of February 25, 2007, adjusted to reflect (i) the effects of projected pre-confirmation activities up to the Effective Date (assumed to be February 25, 2007), (ii) the estimated effect of the discharge of prepetition obligations pursuant to the Plan, (iii) the estimated effect of obtaining exit

financing and the payment of certain costs and obligations pursuant to or due with respect to the Plan on the Effective Date;

- Pro forma projected consolidated balance sheets of Foamex International as of December 30, 2007, December 28, 2008 and January 3, 2010 reflecting (i) the estimated effect of the First Amended Plan on the capitalization of Foamex International after emerging from chapter 11;

- Pro forma projected consolidated statements of operations of Reorganized Foamex International for the 52 weeks ended December 30, 2007 and December 28, 2008 and the 53 weeks ended January 3, 2010; and

- Pro forma projected consolidated statements of cash flows of Reorganized Foamex International for each projected period for which a consolidated statement of operations is presented herein reflecting the cash flow effects of the aforementioned items.

## SIGNIFICANT ASSUMPTIONS FOR FINANCIAL PROJECTIONS

THE DEBTORS HAVE PREPARED THESE FINANCIAL PROJECTIONS BASED UPON THE FOLLOWING ASSUMPTIONS THAT THEY BELIEVE TO BE REASONABLE UNDER THE CIRCUMSTANCES. MANY OF THE ASSUMPTIONS ON WHICH THE FINANCIAL PROJECTIONS ARE BASED ARE SUBJECT TO SIGNIFICANT UNCERTAINTIES. INEVITABLY, SOME ASSUMPTIONS WILL NOT MATERIALIZE AND UNANTICIPATED EVENTS AND CIRCUMSTANCES MAY AFFECT THE ACTUAL FINANCIAL RESULTS. THEREFORE, THE ACTUAL RESULTS ACHIEVED THROUGHOUT THE PROJECTION PERIOD MAY VARY FROM THE PROJECTED RESULTS AND THE VARIATIONS MAY BE MATERIAL. ALL HOLDERS OF INTERESTS THAT ARE ENTITLED TO VOTE TO ACCEPT OR REJECT THE FIRST AMENDED PLAN ARE URGED TO EXAMINE CAREFULLY ALL OF THE ASSUMPTIONS ON WHICH THE FINANCIAL PROJECTIONS ARE BASED IN EVALUATING THE FIRST AMENDED PLAN.

- Fiscal Years. Foamex International has a 52 or 53 week fiscal year. The 2006 fiscal year ends on December 31, 2006, the 2007 fiscal year ends on December 30, 2007, the 2008 fiscal year ends on December 28, 2008 and the 2009 fiscal year ends on January 3, 2010.

- Effective Date. The Financial Projections assume an Effective Date of February 25, 2007.

- Chemical Pricing. Prices of polyol, TDI, MDI and the other major chemicals are assumed to remain constant at the levels in effect at the end of the third quarter of 2006. Chemical prices are influenced by various supply and demand factors as well as the underlying price of oil, natural gas and other raw materials. If chemical prices are higher or lower than forecast, offsetting customer pricing actions are assumed for no net impact on the Financial Projections.

- Scrap Foam Prices. The Projection Period assumes an average scrap foam price at the level experienced at the end of the third quarter of 2006. The price of scrap foam is a cost to the Carpet Cushion business, and is revenue for the Foam Products business for the portion of scrap foam that is internally generated.

- Revenues. Total revenues are projected to increase 8.2% in 2007, 2.4% in 2008 and 3.5% in 2009. The Financial Projections are based on maintaining key relationships with all major customers.

- Cost of Goods Sold. Cost of goods consists primarily of raw material costs, principally chemicals and automotive fabric. Labor, overhead and freight represent a smaller percentage of cost of goods.

- Gross Margins. Gross margins are expected to remain relatively constant at 13.8% in 2007, 14.0% in 2008 and 14.5% in 2009.

- Selling, General and Administrative Costs. SG&A expense as a percentage of total revenue is expected to decline from 5.4% in 2007, to 5.1% in 2008, and to 4.7% in 2009. The SG&A spending assumptions include operating as a reporting company in 2007 and cost savings from operating as a non-reporting company for the remainder of the Projection Period, completion of the J.D. Edwards enterprise software system project in late 2008, and other identified cost reduction opportunities.

- EBITDA. For the purpose of the Financial Projections, EBITDA is a pro forma measure defined as operating profit plus depreciation and amortization and excludes financial/legal advisory costs associated with the chapter 11 cases and other one-time restructuring and non-recurring costs.

- Interest Expense. Based on the transactions contemplated by the Plan, interest expense is assumed to be between $66 million and $49 million in years 2007 through 2009. The interest rate on the Revolving Credit Facility, the First Lien Term Loan Facility and the Second Lien Term Loan Facility is assumed to be LIBOR + 1.50%, LIBOR + 2.75% and LIBOR + 5.75%, respectively.

- Income Taxes. Estimated NOLs of approximately $267 million are assumed to be available at the Effective Date, the benefits of which will be used to offset the taxable income generated during the Projection Period. The Financial Projections assume the use of NOLs in 2007 through 2009 subject to the limitations imposed by §382 of the Internal Revenue Code and the application of IRS Notice 2003-65 Rollout. Taxes also include adjustments from estimated book and temporary tax differences. Based on these assumptions, Reorganized Foamex International's estimated pre-tax earnings for years 2007, 2008 and 2009 will result in estimated cash taxes of $1.9 million in 2007, $13.0 million in 2008 and $22.1 million in 2009. Additional tax assumptions are described in Footnote 3.

- Capital Expenditures. The Debtors have assumed a return to a more normal historical level of capital spending, with $23.4 million in 2007, and $28.2 million (influenced by one major project) in 2008 and $12.6 million in 2009. The majority of the capital spending has been earmarked for specific profit-generating initiatives in the SBU business plans, with some capital spending planned for normal maintenance and environmental, health and safety needs.

- Working Capital. Accounts Receivable levels fluctuate with overall revenues, with the assumption that Reorganized Foamex International will approximately maintain its current average day's sales outstanding. The increase in Accounts Receivable in 2007 is anticipated due to new business beginning at the start of the year. Inventory values are generally flat based on the assumption of maintaining optimal operation levels for production. Accounts Payable assumes current credit terms with major suppliers consistent with normal terms prior to the filing date.

- Pension. The Financial Projections assume a continuation of Foamex International's current defined benefit pension plan. As of year-end 2005, the plan had an under-funded liability of approximately $50 million. The latest actuarial estimates indicate that Reorganized Foamex International will have to make approximately $29 million of required cash contributions to the plan over the Projection Period versus book expense of about $16 million over the same period. Pension plan projections reflect changes to the pension law enacted in August 2006.

# Additional Common Stock – Call Option Exercise
## (100% Additional Common Stock)

### FINANCIAL PROJECTIONS ($ in millions)

| INCOME STATEMENT | Footnotes | 10 Months 12/30/07 | FY 2007 | FY 2008 | FY 2009 |
|---|---|---|---|---|---|
| Revenue | | $1,269.6 | $1,495.1 | $1,531.0 | $1,584.0 |
| *% Growth* | | | *8.2%* | *2.4%* | *3.5%* |
| Cost of Goods Sold | | 1,093.5 | 1,288.6 | 1,316.5 | 1,354.1 |
| *% of Revenue* | | | *86.2%* | *86.0%* | *85.5%* |
| SG&A | | 68.4 | 80.9 | 78.4 | 73.8 |
| **Operating Profit** | | 107.7 | 125.6 | 136.0 | 156.1 |
| Interest Expense | 1 | 51.7 | 65.3 | 54.6 | 49.2 |
| Other Income/(Expense) | 2 | (0.3) | (0.5) | (0.4) | (0.4) |
| Restructuring Expenses | | - | 3.0 | 0.2 | 0.1 |
| Earnings Before Taxes | | 55.7 | 56.9 | 80.9 | 106.4 |
| Taxes | 3 | 1.9 | 1.9 | 13.0 | 22.1 |
| **Net Income** | | 53.9 | 55.0 | 67.9 | 84.3 |
| Preferred Stock Dividends and Accretion | | - | - | - | - |
| **Net Income Applicable to Common Shareholders** | | 53.9 | 55.0 | 67.9 | 84.3 |
| Operating Profit | | 107.7 | 125.6 | 136.0 | 156.1 |
| Depreciation & Amortization | | 16.3 | 19.3 | 19.0 | 19.9 |
| **EBITDA** | 4 | $124.0 | $145.0 | $155.0 | $176.0 |

# Additional Common Stock – Call Option Exercise
## (100% Additional Common Stock)

### FINANCIAL PROJECTIONS ($ in millions)

| BALANCE SHEET | Footnotes | Pre-Exit 2/25/2007 | Reorganization Adjustments | Post-Exit 2/26/2007 | FY 2007 | FY 2008 | FY 2009 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Cash | 5 | $6.0 | - | $6.0 | $6.0 | $6.0 | $6.0 |
| Accounts Receivable | | 201.3 | - | 201.3 | 223.2 | 228.5 | 236.4 |
| Inventories | | 105.4 | - | 105.4 | 105.9 | 108.2 | 111.2 |
| Other Receivables | | 6.7 | - | 6.7 | 6.7 | 6.7 | 6.7 |
| Other Current Assets | | 18.0 | - | 18.0 | 19.0 | 19.4 | 20.1 |
| Total Current Assets | | 337.5 | - | 337.5 | 360.7 | 368.8 | 380.5 |
| Property, Plant and Equipment, Net | | 107.0 | - | 107.0 | 107.2 | 118.8 | 104.9 |
| Cost in Excess of Assets, Net | | 88.9 | - | 88.9 | 88.9 | 88.9 | 88.9 |
| Other Long-Term Assets | 6 | 59.3 | 16.9 | 76.2 | 72.8 | 68.5 | 63.1 |
| **TOTAL ASSETS** | | $592.7 | $16.9 | $609.6 | $629.6 | $645.0 | $637.4 |
| **LIABILITIES, PREFERRED STOCK & STOCKHOLDERS DEFICIT** | | | | | | | |
| Liabilities Not Subject to Compromise: | | | | | | | |
| Accounts Payable | | 111.5 | - | 111.5 | 112.0 | 114.4 | 117.7 |
| Accrued Employee Compensation | | 24.0 | (1.7) | 22.2 | 21.1 | 21.3 | 21.5 |
| Accrued Interest | 7 | 93.3 | (93.3) | 0.0 | 2.7 | 2.5 | 2.1 |
| Accrued Promotional and Advertising Costs | | 9.2 | | 9.2 | 10.7 | 11.0 | 11.4 |
| Other Current Liabilities | | 26.7 | | 26.7 | 26.7 | 27.3 | 28.3 |
| Total Current Liabilities | | 264.6 | (95.0) | 169.6 | 173.1 | 176.5 | 180.9 |
| Long-Term Debt | 8 | 131.4 | 508.6 | 640.1 | 604.0 | 554.0 | 459.6 |
| Accrued Employee Compensation | 9 | 14.2 | 56.0 | 70.3 | 66.3 | 61.2 | 59.8 |
| Other Liabilities | | 6.4 | (1.0) | 5.3 | 6.0 | 5.5 | 5.0 |
| Liabilities Subject to Compromise | 10 | 579.8 | (579.8) | - | - | - | - |
| Total Liabilities | | 996.4 | (111.1) | 885.3 | 851.4 | 798.9 | 707.0 |
| New Preferred Stock plus Accrued and Unpaid Dividends | 11 | - | - | - | - | - | - |
| Common Equity | 12 | (356.1) | 128.0 | (228.0) | (174.1) | (106.3) | (21.9) |
| Other Comprehensive Income | | (38.4) | - | (38.4) | (38.4) | (38.4) | (38.4) |
| Shareholder Loans Receivable | | (9.2) | - | (9.2) | (9.2) | (9.2) | (9.2) |
| Total Equity | | (403.7) | 128.0 | (275.7) | (221.8) | (153.9) | (69.6) |
| **TOTAL LIABILITIES, PREFERRED STOCK & STOCKHOLDERS DEFICIT** | 13 | $592.7 | $16.9 | $609.6 | $629.6 | $645.0 | $637.4 |

# Additional Common Stock – Call Option Exercise
# (100% Additional Common Stock)

### FINANCIAL PROJECTIONS ($ in millions)

| CASH FLOW STATEMENT | Footnotes | 10 Months 12/30/07 | FY 2007 | FY 2008 | FY 2009 |
|---|---|---|---|---|---|
| Operating Cash Flow: | | | | | |
| Net Income | | $53.9 | $55.0 | $67.9 | $84.3 |
| Depreciation | | 14.4 | 17.0 | 16.6 | 17.5 |
| Amortization | | 1.9 | 2.3 | 2.4 | 2.4 |
| Amortization of Deferred Financing Fees | | 2.5 | 2.7 | 3.0 | 3.0 |
| Funds From Operations | | 72.7 | 77.0 | 89.9 | 107.2 |
| (Increase)/Decrease in Accounts Receivable | | (21.8) | (40.7) | (5.4) | (7.9) |
| (Increase)/Decrease in Inventory | | (0.4) | (4.2) | (2.3) | (3.1) |
| (Increase)/Decrease in Other Receivables | | - | - | - | - |
| (Increase)/Decrease in Other Current Assets | | (0.9) | (0.0) | (0.5) | (0.7) |
| Increase/(Decrease) in Accounts Payable | | 0.5 | 16.2 | 2.4 | 3.3 |
| Increase/(Decrease) in Accrued Employee Compensation | | (1.1) | (0.1) | 0.2 | 0.2 |
| Increase/(Decrease) in Accrued Promotional and Advertising Costs | | 1.5 | - | 0.3 | 0.4 |
| Total Changes in Working Capital | | (22.3) | (28.7) | (5.2) | (7.8) |
| Pension Funding, Net | | (4.0) | (6.5) | (5.1) | (1.4) |
| (Increase)/Decrease in Other Assets, Non-Current | | - | - | - | - |
| Increase/(Decrease) in Accrued Interest | | 4.6 | 10.4 | (0.4) | (0.4) |
| Increase/(Decrease) in Other Current Liabilities | | - | - | 0.6 | 0.9 |
| Increase/(Decrease) in Other Liabilities, Non-Current | | 0.6 | 0.5 | (0.5) | (0.5) |
| Total Changes in Other Assets/Liabilities, net | | 5.2 | 10.9 | (0.2) | (0.0) |
| **Cash Flow From Operations** | | **51.7** | **52.7** | **79.3** | **98.0** |
| Investing Cash Flow: | | | | | |
| Asset Sale Proceeds | 14 | 5.5 | 5.5 | - | 9.0 |
| Capital Expenditures | | (20.1) | (23.4) | (28.2) | (12.6) |
| Other Investments | | (1.0) | (1.2) | (1.2) | - |
| **Cash Flow From Investing** | | **(15.6)** | **(19.1)** | **(29.4)** | **(3.6)** |
| Financing Cash Flow: | | | | | |
| Mandatory Debt Repayments | | (4.2) | (4.3) | (4.2) | (4.2) |
| Increase/(Decrease) in Revolver | | (18.6) | (16.1) | - | - |
| Voluntary Debt Repayments | | (13.2) | (13.2) | (45.7) | (90.2) |
| **Cash Flow From Financing** | | **(36.1)** | **(33.6)** | **(50.0)** | **(94.4)** |
| **Net Change In Cash** | | - | - | - | - |

# New Preferred Stock – Put Option Exercise
# (100% New Preferred Stock)

### FINANCIAL PROJECTIONS ($ in millions)

| INCOME STATEMENT | Footnotes | 10 Months 12/30/07 | FY 2007 | FY 2008 | FY 2009 |
|---|---|---|---|---|---|
| Revenue | | $1,269.6 | $1,495.1 | $1,531.0 | $1,584.0 |
| *% Growth* | | | *8.2%* | *2.4%* | *3.5%* |
| Cost of Goods Sold | | 1,093.5 | 1,288.6 | 1,316.5 | 1,354.1 |
| *% of Revenue* | | | *86.2%* | *86.0%* | *85.5%* |
| SG&A | | 68.4 | 80.9 | 78.4 | 73.8 |
| **Operating Profit** | | 107.7 | 125.6 | 136.0 | 156.1 |
| Interest Expense | 1 | 53.3 | 65.3 | 54.6 | 49.2 |
| Other Income/(Expense) | 2 | (0.3) | (0.5) | (0.4) | (0.4) |
| Restructuring Expenses | | - | 3.0 | 0.2 | 0.1 |
| Earnings Before Taxes | | 54.1 | 56.9 | 80.9 | 106.4 |
| Taxes | 3 | 1.9 | 1.9 | 13.0 | 22.1 |
| **Net Income** | | 52.2 | 55.0 | 67.9 | 84.3 |
| Preferred Stock Dividends and Accretion | | 17.2 | 17.2 | 23.3 | 26.5 |
| **Net Income Applicable to Common Shareholders** | | 35.0 | 37.8 | 44.6 | 57.8 |
| Operating Profit | | 107.7 | 125.6 | 136.0 | 156.1 |
| Depreciation & Amortization | | 16.3 | 19.3 | 19.0 | 19.9 |
| **EBITDA** | 4 | $124.0 | $145.0 | $155.0 | $176.0 |

# New Preferred Stock – Put Option Exercise
# (100% New Preferred Stock)

### FINANCIAL PROJECTIONS ($ in millions)

| BALANCE SHEET | Footnotes | Pre-Exit 2/25/2007 | Reorganization Adjustments | Post-Exit 2/26/2007 | FY 2007 | FY 2008 | FY 2009 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Cash | 5 | $6.0 | - | $6.0 | $6.0 | $6.0 | $6.0 |
| Accounts Receivable | | 201.3 | - | 201.3 | 223.2 | 228.5 | 236.4 |
| Inventories | | 105.4 | - | 105.4 | 105.9 | 108.2 | 111.2 |
| Other Receivables | | 6.7 | - | 6.7 | 6.7 | 6.7 | 6.7 |
| Other Current Assets | | 18.0 | - | 18.0 | 19.0 | 19.4 | 20.1 |
| Total Current Assets | | 337.5 | - | 337.5 | 360.7 | 368.8 | 380.5 |
| Property, Plant and Equipment, Net | | 107.0 | - | 107.0 | 107.2 | 118.8 | 104.9 |
| Cost in Excess of Assets, Net | | 88.9 | - | 88.9 | 88.9 | 88.9 | 88.9 |
| Other Long-Term Assets | 6 | 59.3 | 16.9 | 76.2 | 72.8 | 68.5 | 63.1 |
| **TOTAL ASSETS** | | **$592.7** | **$16.9** | **$609.6** | **$629.6** | **$645.0** | **$637.4** |
| **LIABILITIES, PREFERRED STOCK & STOCKHOLDERS DEFICIT** | | | | | | | |
| Liabilities Not Subject to Compromise: | | | | | | | |
| Accounts Payable | | 111.5 | - | 111.5 | 112.0 | 114.4 | 117.7 |
| Accrued Employee Compensation | | 24.0 | (1.7) | 22.2 | 21.1 | 21.3 | 21.5 |
| Accrued Interest | 7 | 93.3 | (93.3) | 0.0 | 2.7 | 2.5 | 2.1 |
| Accrued Promotional and Advertising Costs | | 9.2 | | 9.2 | 10.7 | 11.0 | 11.4 |
| Other Current Liabilities | | 26.7 | - | 26.7 | 26.7 | 27.3 | 28.3 |
| Total Current Liabilities | | 264.6 | (95.0) | 169.6 | 173.1 | 176.5 | 180.9 |
| Long-Term Debt | 8 | 131.4 | 508.6 | 640.1 | 604.0 | 554.0 | 459.6 |
| Accrued Employee Compensation | 9 | 14.2 | 56.0 | 70.3 | 66.3 | 61.2 | 59.8 |
| Other Liabilities | | 6.4 | (1.0) | 5.3 | 6.0 | 5.5 | 5.0 |
| Liabilities Subject to Compromise | 10 | 579.8 | (579.8) | - | - | - | - |
| Total Liabilities | | 996.4 | (111.1) | 885.3 | 851.4 | 798.9 | 707.0 |
| New Preferred Stock plus Accrued and Unpaid Dividends | 11 | - | 150.0 | 150.0 | 167.2 | 190.5 | 217.0 |
| Common Equity | 12 | (356.1) | (22.0) | (378.0) | (341.4) | (296.8) | (239.0) |
| Other Comprehensive Income | | (38.4) | - | (38.4) | (38.4) | (38.4) | (38.4) |
| Shareholder Loans Receivable | | (9.2) | - | (9.2) | (9.2) | (9.2) | (9.2) |
| Total Equity | | (403.7) | (22.0) | (425.7) | (389.0) | (344.5) | (286.6) |
| **TOTAL LIABILITIES, PREFERRED STOCK & STOCKHOLDERS DEFICIT** | 13 | **$592.7** | **$16.9** | **$609.6** | **$629.6** | **$645.0** | **$637.4** |

# New Preferred Stock – Put Option Exercise
# (100% New Preferred Stock)

### FINANCIAL PROJECTIONS ($ in millions)

| CASH FLOW STATEMENT | Footnotes | 10 Months 12/30/07 | FY 2007 | FY 2008 | FY 2009 |
|---|---|---|---|---|---|
| Operating Cash Flow: | | | | | |
| Net Income | | $53.9 | $55.0 | $67.9 | $84.3 |
| Depreciation | | 14.4 | 17.0 | 16.6 | 17.5 |
| Amortization | | 1.9 | 2.3 | 2.4 | 2.4 |
| Amortization of Deferred Financing Fees | | 2.5 | 2.7 | 3.0 | 3.0 |
| Funds From Operations | | 72.7 | 77.0 | 89.9 | 107.2 |
| (Increase)/Decrease in Accounts Receivable | | (21.8) | (40.7) | (5.4) | (7.9) |
| (Increase)/Decrease in Inventory | | (0.4) | (4.2) | (2.3) | (3.1) |
| (Increase)/Decrease in Other Receivables | | - | - | - | - |
| (Increase)/Decrease in Other Current Assets | | (0.9) | (0.0) | (0.5) | (0.7) |
| Increase/(Decrease) in Accounts Payable | | 0.5 | 16.2 | 2.4 | 3.3 |
| Increase/(Decrease) in Accrued Employee Compensation | | (1.1) | (0.1) | 0.2 | 0.2 |
| Increase/(Decrease) in Accrued Promotional and Advertising Costs | | 1.5 | - | 0.3 | 0.4 |
| Total Changes in Working Capital | | (22.3) | (28.7) | (5.2) | (7.8) |
| Pension Funding, Net | | (4.0) | (6.5) | (5.1) | (1.4) |
| (Increase)/Decrease in Other Assets, Non-Current | | - | - | - | - |
| Increase/(Decrease) in Accrued Interest | | 4.6 | 10.4 | (0.4) | (0.4) |
| Increase/(Decrease) in Other Current Liabilities | | - | - | 0.6 | 0.9 |
| Increase/(Decrease) in Other Liabilities, Non-Current | | 0.6 | 0.5 | (0.5) | (0.5) |
| Total Changes in Other Assets/Liabilities, net | | 5.2 | 10.9 | (0.2) | (0.0) |
| **Cash Flow From Operations** | | **51.7** | **52.7** | **79.3** | **98.0** |
| Investing Cash Flow: | | | | | |
| Asset Sale Proceeds | 14 | 5.5 | 5.5 | - | 9.0 |
| Capital Expenditures | | (20.1) | (23.4) | (28.2) | (12.6) |
| Other Investments | | (1.0) | (1.2) | (1.2) | - |
| **Cash Flow From Investing** | | **(15.6)** | **(19.1)** | **(29.4)** | **(3.6)** |
| Financing Cash Flow: | | | | | |
| Mandatory Debt Repayments | | (4.2) | (4.3) | (4.2) | (4.2) |
| Increase/(Decrease) in Revolver | | (18.6) | (16.1) | - | - |
| Voluntary Debt Repayments | | (13.2) | (13.2) | (45.7) | (90.2) |
| **Cash Flow From Financing** | | **(36.1)** | **(33.6)** | **(50.0)** | **(94.4)** |
| **Net Change In Cash** | | - | - | - | - |

# FOOTNOTES

The unaudited pro forma consolidated balance sheet of Reorganized Foamex International as of February 25, 2007 has been adjusted to give effect to the reorganization as if it had occurred on such date (the "Pro Forma Consolidated Balance Sheet"). The Pro Forma Consolidated Balance Sheet reflects the financial position of the ongoing enterprise.

The Pro Forma Consolidated Balance Sheet for February 25, 2007 is based on the latest currently available information, and on certain assumptions that the Debtors believe are reasonable under the circumstances. The Pro Forma Consolidated Balance Sheet does not purport to be indicative of the financial position and results that actually would have been obtained had the reorganization been completed as of the date and for the period presented or that may be obtained in the future.

The Pro Forma Consolidated Balance Sheet was prepared to give effect to the First Amended Plan as if it became effective on February 25, 2007, and includes (a) the Exit Facilities, (b) the total contribution of new capital of $150 million from either the issuance of Additional Common Stock pursuant to the Rights Offering and the exercise of the Call Option (if exercised) or New Preferred Stock if the Put Option is exercised, (c) the satisfaction of prepetition unsecured claims in Cash, and (d) the payment of fees and other Administrative Claims as provided under the First Amended Plan.

The amount of shareholders' equity in the Pro Forma Consolidated Balance Sheet is not an estimate of the trading values of the Post-Effective Date Common Stock after the Effective Date of the First Amended Plan, which values are subject to many uncertainties and cannot be reasonably estimated at this time. The Debtors do not make any representation as to the trading value of the Post-Effective Date Common Stock to be issued pursuant to the First Amended Plan.

(1) Assumes an interest rate of LIBOR + 1.50% for the Revolving Credit Facility, LIBOR + 2.75% for the First Lien Term Loan Facility and LIBOR +5.75 for the Second Lien Term Loan Facility for the duration of the Projection Period.

(2) Includes unused line fees on the Revolving Credit Facility of approximately $0.4 million per annum.

(3) Under the Additional Common Stock – Call Option Exercise scenario and the New Preferred Stock – Put Option Exercise scenario, NOL use of $30.6 million for 2007 and $36.7 million for each of 2008 and 2009 is assumed.

The effective cash income tax rates are 3.3% in 2007, 16.1% in 2008 and 20.8% in 2009, which are lower than Foamex's estimated combined

federal and state statutory income tax rate of 40% as utilization of NOLs is reflected.

This presentation of financial statements under the New Preferred Stock – Put Option Exercise scenario assumes that a change of control occurs subsequent to the Effective Date of the First Amended Plan and that the use of NOLs in 2007 through 2009 is subject to the limitations imposed by §382 of the Internal Revenue Code and the application of IRS Notice 2003-65 Rollout. If a change of control were not to occur, NOL use may not be similarly limited and actual tax obligations could materially differ.

For the purposes of this presentation, the taxes shown may vary from those presented under GAAP, and may result in a different value recorded for Net Income in fiscal years 2007, 2008 and 2009, but will have no impact on Cash Flow for these periods. Any differences that would ultimately be recorded for GAAP versus the effective tax rates are non-cash in nature

(4) EBITDA reflects operating profit plus depreciation and amortization.

(5) Assumes a minimum cash balance of $6 million throughout the Projection Period.

(6) Includes debt issuance costs and other long-term assets.

(7) Pre-transaction balance includes interest accrued on the Senior Secured Notes and the Senior Subordinated Notes.

(8) The Revolving Credit Facility draw includes payment of any required commitment fees for the Exit Facilities, payments to financial advisors as success fees, payment of certain Claims under the First Amended Plan, and payment of professional fees.

(9) Includes pension obligations.

(10) Assumes prepetition liabilities are treated according to the First Amended Plan.

(11) Reflects issuance of New Preferred Stock under the Put Option.

(12) The Additional Common Stock – Call Option Exercise scenario reflects issuance of Additional Common Stock of Reorganized Foamex International after payment of the Put Option Premium and receipt of the Call Option premium, restructuring advisory fees, legal fees and other expenses related to the Rights Offering. The New Preferred Stock – Put Option Exercise scenario reflects adjustment to equity accounts for payment of the Put Option Premium and receipt of the Call Option

DB02:5573928.1

064397.1001

12

premium, restructuring advisory fees, legal fees and other expenses related to the Rights Offering.

(13) The Post-Exit balance sheet is based on the carrying value of Pre-Exit Foamex International and will not be re-measured at fair value using Fresh Start accounting as the ownership change will not exceed the 50% Fresh Start threshold.

(14) Represents planned sales of closed and exited facilities.

THE FINANCIAL PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AICPA, THE FINANCIAL ACCOUNTING STANDARDS BOARD (THE "FASB") OR THE RULES AND REGULATIONS OF THE SEC. FURTHERMORE, THE FINANCIAL PROJECTIONS HAVE NOT BEEN AUDITED, REVIEWED OR SUBJECTED TO ANY PROCEDURES DESIGNED TO PROVIDE ANY LEVEL OF ASSURANCE BY THE DEBTORS' INDEPENDENT PUBLIC ACCOUNTANTS, KPMG, LLP. WHILE PRESENTED WITH NUMERICAL SPECIFICITY, THE FINANCIAL PROJECTIONS ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS, WHICH, ALTHOUGH DEVELOPED AND CONSIDERED REASONABLE BY THE DEBTORS, MAY NOT BE REALIZED AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS. THESE UNCERTAINTIES INCLUDE, AMONG OTHER THINGS, THE ULTIMATE OUTCOME AND CONTENTS OF A CONFIRMED PLAN OF REORGANIZATION AND THE TIMING OF THE CONFIRMATION OF SUCH PLAN. CONSEQUENTLY, THE FINANCIAL PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS, THE REORGANIZED DEBTORS, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS OR THAT THE FINANCIAL PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY VARY MATERIALLY FROM THOSE PRESENTED IN THESE FINANCIAL PROJECTIONS.