**EXHIBIT D-1**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**SENIOR SECURED NOTEHOLDER CLAIM BALLOT
FOR ACCEPTING OR REJECTING THE DEBTORS' SECOND
AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**CLASS 3**

(Beneficial Owners of Senior Secured Note Claims)

This ballot (the "Ballot") is being sent to the beneficial owners of the Senior Secured Notes (the "Notes")[1] issued by Foamex L.P. and Foamex Capital Corporation, two of the above-captioned debtors (the "Debtors").

The Debtors' second amended joint plan of reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), dated November 27, 2006 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan"), can be confirmed by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and thereby made binding on you if it is accepted by the holders of at least two–thirds in amount and more than one–half in number of claims in each class of creditors who cast ballots to accept or reject the Plan. To have your vote counted, you must complete and return this Ballot in accordance with the instructions contained herein.

**PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT TO THE APPROPRIATE BANK OR BROKERAGE FIRM (OR ITS AGENT) AT THE ADDRESS SET FORTH ON THE ENCLOSED PRE–ADDRESSED ENVELOPE SO THAT IT IS ACTUALLY RECEIVED BY THE APPROPRIATE BANK OR BROKERAGE FIRM (OR ITS AGENT) NO LATER THAN DECEMBER 28, 2006 IN ORDER TO PERMIT IT TO COMPLETE AND**

---

[1] The Notes are the 10-3/4% Debentures due April 1, 2009. [CUSIP # 344126AL1]

**RETURN A MASTER BALLOT REFLECTING YOUR BALLOT SO THAT IT IS RECEIVED BY THE NOTES BALLOTING AGENT, BANKRUPTCY SERVICES LLC, BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007. DO NOT MAIL BALLOTS DIRECTLY TO BANKRUPTCY SERVICES LLC. THE APPROPRIATE BANK OR BROKERAGE FIRM (OR ITS AGENT) WILL FORWARD YOUR BALLOT TO BANKRUPTCY SERVICES LLC ON YOUR BEHALF.**

**BALLOTS CAST BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**BALLOTS DELIVERED BY YOU DIRECTLY TO BANKRUPTCY SERVICES LLC WILL <u>NOT</u> BE COUNTED. PLEASE READ THE ATTACHED INSTRUCTIONS ON RETURNING YOUR BALLOT.**

By signing below, you are certifying either that you were the beneficial owner on November 15, 2006 of Notes in the face amount set forth below or you are an authorized signatory for someone who was a beneficial owner of such face amount of such Notes on November 15, 2006.

Beneficial owners may not split their vote on the Plan with respect to their Notes. If you are submitting a vote with respect to any Notes that you beneficially own, you must vote all of your Notes in the same way (*i.e.*, all "accept" or all "reject").

An authorized signatory of an eligible beneficial owner may execute this Ballot, but must provide the name and address of the beneficial owner on this Ballot and may be required to submit evidence to the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of the beneficial owner. Authorized signatories voting on behalf of more than one beneficial owner <u>must</u> complete a separate Ballot for each owner.

You may receive multiple mailings containing Ballots, especially if you own your Notes through more than one bank, broker or other intermediary. You should vote each Ballot that you receive for all of the Notes that you beneficially own through the bank, broker or other intermediary from which you received the Ballot.

You must provide all of the information requested by this Ballot. Failure to do so may result in the disqualification of your vote.

**Item 1.        Face Amount of Note Claims.**

Mark with an "X" all boxes that apply, and provide the face amount of the applicable Notes.

☐  I hereby certify that I am the beneficial owner (or authorized signatory for a beneficial        owner) of $_____ face amount of the **10-3/4% Notes due April 1, 2009.**

**Item 2.        Vote on Plan (please check one).**

The undersigned:

☐  ACCEPTS (votes FOR) the Plan                ☐  REJECTS (votes AGAINST) the Plan

**Item 3.        Certification As to Notes held in Additional Accounts.**

By returning this Ballot, the beneficial owner certifies that either (1) it has not submitted any other Ballots for Notes held in other accounts or other record names, or (2) it has provided the information specified in the following table for all other Notes for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED**
**BALLOTS OTHER THAN THIS BALLOT**

| Name of Holder<br>(Insert the name of broker or bank (or its agent)) | Account Number<br>(if applicable) | Principal Amount |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |
| 5. | | $ |
| 6. | | $ |
| 7. | | $ |
| 8. | | $ |
| 9. | | $ |
| 10. | | $ |

**Item 4.**      **Certification.**

By signing this Ballot, the undersigned hereby certifies that it is the beneficial owner of the Notes to which this Ballot pertains and is sending this Ballot to the registered or record holder of, or other nominee (the "Nominee") of the undersigned with respect to, the Notes to which this Ballot pertains, whom the undersigned hereby authorizes and instructs to (x) execute a Master Ballot reflecting this Ballot and (y) deliver such Master Ballot to Bankruptcy Services LLC.

Name of Voter: _____
                                                     (Print or Type)

Signature: _____

Print or Type Name: _____

Title: _____
                                                    (If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____

(Street)

_____

(City, State, Zip Code)

Telephone Number: (_____)_____

Date Completed: _____

**YOU MUST RETURN THIS BALLOT BY DECEMBER 28, 2006 TO PERMIT THE APPROPRIATE BANK OR BROKERAGE FIRM (OR ITS AGENT) TO COMPLETE AND RETURN A MASTER BALLOT REFLECTING YOUR BALLOT SO THAT IT IS RECEIVED BY THE BALLOT AGENT, BANKRUPTCY SERVICES LLC, BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007.**

**PLEASE MAKE SURE YOU HAVE PROVIDED ALL INFORMATION REQUESTED BY THIS BALLOT.**

**YOU SHOULD *NOT* SUBMIT YOUR NOTES WITH THIS BALLOT.**

**IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL BANKRUPTCY SERVICES LLC AT (646) 282-2500 FROM 9 A.M. TO 6 P.M. PREVAILING EASTERN TIME, MONDAY THROUGH FRIDAY.**

## INSTRUCTIONS FOR COMPLETING THIS BALLOT

The Debtors are soliciting your vote on the Debtors' Plan referred to in the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you complete the Ballot. The capitalized terms used in this Ballot and not otherwise defined in this Ballot shall have the meanings ascribed to them in the Plan.

**This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or (b) an admission by the Debtors of the nature, validity or amount of your claim.**

**This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.** Holders should *not* surrender, at this time, certificates representing their securities, and the Debtors will *not* accept delivery of any such certificates surrendered together with this Ballot.

To have your vote count, you must complete, sign and return this Ballot to the address set forth on the enclosed pre-addressed envelope provided. **Unsigned Ballots will not be counted. Facsimile and email Ballots will not be counted.** Ballots must be actually received by the addressee on the enclosed return envelope by December 28, 2006 to permit the appropriate bank or brokerage firm (or its agent) to complete and return a master Ballot containing your Ballot to the Notes Balloting Agent, Bankruptcy Services LLC, before 4:00 p.m., prevailing Eastern Time, January 4, 2007. **Do not mail Ballots directly to Bankruptcy Services LLC. The appropriate bank or brokerage firm (or its agent) will forward your Ballot to Bankruptcy Services LLC on your behalf.**

To complete the Ballot properly, take the following steps:

1. Make sure that the information required in Item 1 has been completed. If you do not know the amount of your claim, please contact either Bankruptcy Services LLC at (646) 282-2500, your bank or broker or your Nominee.

2. Cast your vote either to accept or reject the Plan by marking the proper box in Item 2 for the Notes held by you.

3. Read Item 3 and supply the requested information, if applicable to you.

4. Sign and date your Ballot, as required by Item 4. Your signature is required on the Ballot in order for your vote to count. You are also required to provide your social security or Tax. I.D. number. If the Claim(s) voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot.

5. If you believe that you have received the wrong Ballot, please contact Bankruptcy Services LLC at (646) 282-2500, or your bank, broker or Nominee immediately.

6. If you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing.

7.     Provide your name and mailing address (i) if different from the printed address that appears on the Ballot, or (ii) if no pre-printed address appears on the Ballot.

8.     Return your Ballot using the enclosed return envelope.

**PLEASE MAIL YOUR BALLOT PROMPTLY.**

**IF YOU RECEIVED A DAMAGED BALLOT OR LOSE YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL BANKRUPTCY SERVICES LLC AT (646) 282-2500 FROM 9 A.M. TO 6 P.M. PREVAILING EASTERN TIME, MONDAY THROUGH FRIDAY.**

**PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, <u>PROVIDED, HOWEVER,</u> THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.**

**IF YOU DO NOT SUBMIT A BALLOT, IN ORDER FOR YOUR OPT-OUT ELECTION OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN TO BE EFFECTIVE, YOU MUST COMPLETE, SIGN AND DATE THE OPT-OUT ELECTION FORM ATTACHED HERETO AND MAIL IT SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY BANKRUPTCY SERVICES LLC AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007:**

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor**
**New York, New York 10017**
**Attn: Foamex Balloting**

**OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE EFFECTIVE.**

**YOU DO NOT NEED TO COMPLETE THE OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN. SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THE OPT-OUT ELECTION FORM BY THE DATE AND TIME SET FORTH ABOVE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN. YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.**

## OPT OUT ELECTION FORM

**PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, PROVIDED, HOWEVER, THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.**

**YOU DO NOT NEED TO COMPLETE THIS OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN. SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THIS OPT-OUT ELECTION FORM SO THAT IT IS RECEIVED BY BANKRUPTCY SERVICES LLC ON OR PRIOR TO 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN. YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.**

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor, New York, New York 10017**
**Attn: Foamex Balloting**

**OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL NOT BE EFFECTIVE.**

**Opt-out Election:** ☐ **If you elect to be excluded from the "Releases by non-Debtors of Non-Debtor Released Parties" provision described above, check this box.**

Name: _____
(Print or Type)

By: _____
(Sign Here)

Title: _____
(If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
(Street)                          (City, State, Zip Code)

Broker Name (if applicable): _____

Broker Address (if applicable): _____
(Street)                          (City, State, Zip Code)

Brokerage Account No. (if applicable): _____

Telephone Number: _____

Date Completed: _____

## EXHIBIT D-2

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## SENIOR SECURED NOTEHOLDER CLAIM BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

### CLASS 3

(Master Ballot for Beneficial Owners of Senior Secured Note Claims)

---

The Voting Deadline is 4:00 p.m., prevailing Eastern Time January 4, 2007. If the Balloting Agent does not receive your Master Ballot by the Voting Deadline, the votes and elections included in your Master Ballot will not count. Do not fax or email this Ballot or any beneficial owner Ballot to the Balloting Agent; faxed or emailed Ballots will not be counted.

---

This master Ballot (the "Master Ballot") is being sent to banks and brokerage firms (or their agents) through which beneficial owners (the "Beneficial Owners") of the Senior Secured Notes (the "Notes")[1] issued by Foamex L.P. and Foamex Capital Corporation, two of the above-captioned debtors (the "Debtors"), hold their Notes.

The Debtors' second amended plan of reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), dated November 27, 2006 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan"), can be confirmed by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and thereby made binding on holders of the Notes if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of claims in each class of creditors who cast votes to accept or reject the Plan. To have the votes included on your Master Ballot count, you must complete and return this Master Ballot in accordance with the instructions contained herein.

---

[1]   The Notes are the 10-3/4% Debentures due April 1, 2009. [CUSIP # 344126AL1]

**PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. COMPLETE, SIGN, AND DATE THIS MASTER BALLOT AND RETURN IT SO THAT IT IS ACTUALLY RECEIVED BY THE BALLOTING AGENT, BANKRUPTCY SERVICES LLC, AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 AT:**

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor**
**New York, New York 100017**
**Attn: Foamex Balloting**

**BALLOTS CAST BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED**

**Item 1.    Tabulation of Votes with Respect to the Plan.**

Please note that whenever a beneficial owner of the Notes (the "<u>Beneficial Owner</u>") casts more than one (1) Ballot voting the same Claim before the Voting Deadline, the last Ballot received before the Voting Deadline will supersede any prior Ballots; and each Beneficial Owner must vote all of the Notes owned by such Beneficial Owner either to accept or reject the Plan and may not split its vote. Thus, a Ballot that partially rejects and partially accepts the Plan will not be counted.

**Item 2.    Aggregate Face Amount of Notes as to Which Votes are Cast.**

By signing this Master Ballot, the undersigned certifies that it is the registered owner as of November 15, 2006, of the face amount of Notes set forth below, for which voting instructions have been received from Beneficial Owners for whom the undersigned holds Notes in its name as listed in Item 4 below.

**Item 3.    Noteholder Claims' Vote on Plan - Aggregate Face Amount.**

As instructed by the Beneficial Owners of the Notes, the undersigned transmits the following votes of such Beneficial Owners in respect of their Notes:

**10-3/4% Notes due April 1, 2009.**

To ACCEPT (VOTE FOR) the Plan

$_____        _____
          Aggregate face                    Aggregate # of
          Amount of Notes                   Holders of Notes

To REJECT (VOTE AGAINST) the Plan

$_____        _____
          Aggregate face                    Aggregate # of
          Amount of Notes                   Holders of Notes

**Item 4.   Noteholder Claims' Vote on the Plan - Number of Beneficial Owners.**

The undersigned certifies that the following Beneficial Owners of Notes, as identified by their respective customer account numbers or the respective sequence numbers set forth below, have delivered to the undersigned Beneficial Owner Ballots casting votes (indicate the aggregate face amount for each respective account under the appropriate column) (please use additional sheets of paper if necessary).

**10-3/4% Notes due April 1, 2009.**

## FACE AMOUNT OF NOTES

| Customer Name and/or Account Number for Each Beneficial Owner of Notes | To Accept (For) the Plan | To Reject (Against) the Plan |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |

**Item 5.   Additional Ballots Submitted by Beneficial Owners.**

The undersigned certifies that it has transcribed below the information, if any, provided in Item 4 of each Ballot received from a Beneficial Owner (please use additional sheets of paper if necessary):

| Your Customer Name and/or Account Number For each Beneficial Owner | Name of Registered Holder or Nominee of Other Account | Customer Account Number of Other Account (if Applicable) | Principal Amount |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**Item 6.    Certification.**

By signing this Master Ballot, the undersigned certifies that:

(a) each Beneficial Owner of Notes whose votes are being transmitted by this Master Ballot has been provided with (a) written notice of (i) the Court's approval of the Disclosure Statement, (ii) the deadline for voting on the Plan, (iii) the date of the hearing on confirmation of the Plan, and (iv) the deadline and procedures for filing objections to confirmation of the Plan; (b) the Plan (in .pdf format on cd-rom); (c) the Disclosure Statement (in .pdf format on cd-rom); (d) a Ballot and a Ballot return envelope; (e) the Court's order approving, <u>inter alia</u>, the Disclosure Statement; (f) an Opt Out Election form; and (g) a letter in support of the Plan on behalf of the Ad Hoc Committee of Senior Secured Noteholders and the Senior Secured Notes Indenture Trustee; and

(b) it has been authorized by each such Beneficial Owner to vote on the Plan.

**Item 7.    Certification of Authority.**

By signing this Master Ballot, the undersigned certifies that it is the registered or record holder of the Notes to which this Master Ballot pertains and/or has full power and authority to vote to accept or reject the Plan.

This Master Ballot may not be used for any purpose other than for casting votes to accept or reject the Plan.

This Master Ballot is to be used by banks and brokerage firms (or their agents) for casting votes to accept or reject the Plan on behalf of Beneficial Owners holding Notes.

By signing this Master Ballot, the undersigned certifies that it will maintain the original Beneficial Owner Ballot returned by each Beneficial Owner (whether properly completed or defective) for one year after the Effective Date for disclosure to the Bankruptcy Court and/or the Debtors, if so ordered.

Name of Voter: _____
                                               (Print or Type)

Signature: _____

Print or Type Name: _____

Title: _____
                                               (If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
                                               (Street)

_____
                                         (City, State, Zip Code)

Telephone Number: (_____)_____

Date Completed: _____

## INSTRUCTIONS FOR COMPLETING THE MASTER BALLOT

The Debtors are soliciting your customers' votes on the Debtors' Plan referred to in the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you complete the Master Ballot. The capitalized terms used in this Master Ballot and not otherwise defined herein shall have the meanings ascribed to them in the Plan.

The Master Ballot is to be used by banks, brokers, proxy intermediaries or other nominees of Beneficial Owners of the Notes. The Master Ballot must summarize votes cast by Beneficial Owners to accept or reject the Plan. **The Master Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or (b) an admission by the Debtors of the nature, validity, or amount of any claim.**

**The Master Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to indicate votes to accept or reject the Plan.** Holders should *not* surrender, at this time, certificates representing their securities, and the Debtors will *not* accept delivery of any such certificates surrendered together with this Master Ballot.

To have the votes of your customers count, you must complete, sign and return this Master Ballot so that it is actually received by Bankruptcy Services LLC, by 4:00 p.m., Prevailing Eastern Time, on January 4, 2007. **Unsigned Master Ballots will *not* be counted. Do *not* deliver completed Master Ballots to Bankruptcy Services LLC by facsimile or email. Master Ballots cast by facsimile or email will *not* be counted.**

To complete the Master Ballot properly, take the following steps:

1.      You must deliver the Beneficial Owner Ballot to each Beneficial Owner for whom you hold Notes, and take any action required to enable each such Beneficial Owner to timely vote his or her Notes to accept or reject the Plan. With regard to any Beneficial Owner Ballots returned to you, you must (1) execute the Master Ballot so as to reflect the voting instructions given to you in the Beneficial Owner Ballots by the Beneficial Owner for whom you hold Notes and (2) forward such Master Ballot to Bankruptcy Services LLC.

2.      Provide appropriate information for each of the items on the Master Ballot. Please note that Item 4 requests information for each individual Beneficial Owner for whom you hold Notes in your name. Please use the customer account number assigned by you to each such Beneficial Owner or, if no such customer account number exists, please use the sequential numbers provided (making sure to retain a separate list of each Beneficial Owner and his or her assigned sequential number).

3.      Vote to accept (for) or reject (against) the Plan in Item 3 for the Notes held by you as the registered or record holder on behalf of the Beneficial Owners.

4.      Fill in the information requested in Item 5 for each Beneficial Owner that completed Item 4 of their Beneficial Owner Ballot, if applicable.

5.      Read Item 6 and 7.

6.      Sign and date your Master Ballot.

7.  If you are completing this Master Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing.

8.  Provide your name and mailing address.

No fees or commissions or other remuneration will be payable to any broker, dealer or other person for soliciting Ballots accepting the Plan. The Debtors will, however, upon request, reimburse you for customer mailing and handling expenses incurred by you in forwarding the Beneficial Owner Ballots and other enclosed materials to your clients.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT, THE BENEFICIAL OWNER BALLOT OR THE OTHER ENCLOSED MATERIALS, PLEASE CONTACT BANKRUPTCY SERVICES LLC AT (646) 282-2500 FROM 9 A.M. TO 6 P.M. PREVAILING EASTERN TIME, MONDAY THROUGH FRIDAY.**

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL MAKE YOU OR ANY OTHER PERSON AN AGENT OF THE DEBTORS OR THE BALLOTING AGENT, OR AUTHORIZE YOU OR ANY OTHER PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE DOCUMENTS ENCLOSED HEREWITH.**

**TO BE COUNTED THIS MASTER BALLOT MUST BE COMPLETED IN ACCORDANCE WITH THESE INSTRUCTIONS AND ACTUALLY RECEIVED BY BANKRUPTCY SERVICES LLC, AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 AT:**

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor**
**New York, New York 100017**
**Attn: Foamex Balloting**

**BALLOTS CAST BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED**

**PLEASE RETURN YOUR BALLOT PROMPTLY.**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

## EXHIBIT D-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### SENIOR SECURED NOTEHOLDER CLAIM BALLOT
### FOR ACCEPTING OR REJECTING THE DEBTORS' SECOND
### AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

## CLASS 3

(Ballot for holders of Class 3 Senior Secured Note Claims that are both Beneficial Owners and Record Holders)

       This ballot (the "Ballot") is being sent to the holders of Class 3 Senior Secured Note Claims that are both Beneficial Owners and Record Holders of the Senior Secured Notes (the "Notes")[1] issued by Foamex L.P. and Foamex Capital Corporation, two of the above-captioned debtors (the "Debtors").

       The Debtors' second amended plan of reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), dated November 27, 2006 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan"), can be confirmed by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and thereby made binding on you if it is accepted by the holders of at least two–thirds in amount and more than one–half in number of claims in each class of creditors who cast votes to accept or reject the Plan. To have your vote counted, you must complete and return this Ballot in accordance with the instructions herein.

---

[1]    The Notes are the 10-3/4% Debentures due April 1, 2009. [CUSIP # 344126AL1]

**PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS
CAREFULLY. COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT SO THAT
IT IS ACTUALLY RECEIVED BY BANKRUPTCY SERVICES LLC AT THE ADDRESS SET
FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 AT:**

**BANKRUPTCY SERVICES LLC
757 Third Avenue, 3rd Floor
New York, New York 100017
Attn: Foamex Balloting**

**BALLOTS CAST BY FACSIMILE WILL <u>NOT</u> BE COUNTED**

**Item 1.**     **Face Amount of Note Claims.**

Mark with an "**X**" all boxes that apply, and provide the face amount of the applicable Notes.

☐   I hereby certify that I am the beneficial owner and record holder (or authorized signatory therefor) of $_____ face amount of the **10-3/4% Notes due April 1, 2009.**

**Item 2.**     **Vote on Plan (please check one).**

The undersigned:

☐ ACCEPTS (votes FOR) the Plan         ☐ REJECTS (votes AGAINST) the Plan

**Item 3.**     **Certification.**

By signing this Ballot, the undersigned hereby certifies that it is the beneficial owner and record holder of the Notes to which this Ballot pertains and has received and reviewed the Plan and accompanying Disclosure Statement filed by the Debtors. The undersigned also acknowledges that this solicitation is subject to all of the terms and conditions set forth in the Disclosure Statement. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

Name of Voter: _____
                                               (Print or Type)

Signature: _____

Print or Type Name: _____

Title: _____
                                               (If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
                              (Street)

_____
                        (City, State, Zip Code)

Telephone Number: ( _____ ) _____

Date Completed: _____

# INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote on the Debtors' Plan referred to in the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you complete the Ballot. The capitalized terms used in this Ballot and not otherwise defined in this Ballot shall have the meanings ascribed to them in the Plan.

**This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or interest or (b) an admission by the Debtors of the nature, validity or amount of any Claim.**

1. Please indicate the amount of your Claim in the appropriate space in Item 1 of the Ballot. The amount of your Claim as set forth by you on this Ballot does not necessarily constitute an Allowed Claim under the Plan. The amount of your Claim may be subject to further reconsideration and an objection may be interposed.

2. This Ballot is submitted to you to solicit your vote to accept or reject the Plan. Please indicate your vote by marking an "X" in the appropriate box in Item 2 of the Ballot.

3. You must vote all of your Claims within a single Class to either accept or reject the Plan. A Ballot that partially rejects and partially accepts the Plan will not be counted. A Ballot that does not indicate an acceptance or rejection of the Plan, or that indicates both an acceptance and rejection of the Plan, will not be counted. If you cast more than one (1) Ballot voting the same Claim before the Voting Deadline, the last Ballot received before the Voting Deadline will supersede any prior Ballots. Multiple Ballots of the same holder voting different claims in different classes will be accepted and counted.

4. Your signature is required on the Ballot in order for your vote to count. You are also required to provide your social security or Tax. I.D. number. If the Claim(s) voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot.

5. After providing all remaining information requested by the Ballot, please sign, date and return this Ballot to Bankruptcy Services LLC (the "Voting Agent") at the following address:

BANKRUPTCY SERVICES LLC
757 Third Avenue, 3rd Floor
New York, New York 100017
Attn: Foamex Balloting

**BALLOTS MUST BE ACTUALLY RECEIVED BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 (THE "VOTING DEADLINE"). IF A BALLOT IS RECEIVED AFTER THE VOTING DEADLINE, IT WILL NOT BE COUNTED UNLESS THE DEBTORS HAVE EXTENDED THE VOTING DEADLINE AS TO YOUR BALLOT OR THE BANKRUPTCY COURT RULES OTHERWISE. AN ENVELOPE ADDRESSED TO BANKRUPTCY SERVICES LLC IS ENCLOSED FOR YOUR CONVENIENCE.**

6. The method of delivery of Ballots to the Voting Agent is at the election and risk of each holder of a claim. Except as otherwise provided herein, such delivery will be deemed made only

when the originally executed Ballot is actually received by the Voting Agent. Instead of effecting delivery by mail, it is recommended, though not required, that such holders use an overnight or hand delivery service. In all cases, sufficient time should be allowed to assure timely delivery. Delivery of a Ballot by facsimile, e-mail or any other electronic means will not be accepted, unless the Bankruptcy Court rules otherwise. No Ballot should be sent to the Debtors, any indenture trustee, or the Debtors' financial or legal advisors.

        7.      This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Debtors' Plan.

        8.      This Ballot has been prepared to reflect the Class in which you are eligible to vote. If you have Claims in more than one Class you may receive more than one Ballot. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU SHOULD ASSUME THAT EACH BALLOT IS FOR A CLAIM IN A SEPARATE CLASS AND SHOULD COMPLETE AND RETURN ALL OF THEM.** If you have any questions about this Ballot, please contact Bankruptcy Services LLC at the above address or by telephone at (646) 282-2500.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**

        **IF YOU RECEIVED A DAMAGED BALLOT OR LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL BANKRUPTCY SERVICES LLC AT (646) 282-2500 FROM 9 A.M. TO 6 P.M. PREVAILING EASTERN TIME, MONDAY THROUGH FRIDAY.**

PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, PROVIDED, HOWEVER, THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.

IN ORDER FOR YOUR OPT-OUT ELECTION OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN TO BE EFFECTIVE, YOU MUST COMPLETE, SIGN AND DATE THE OPT-OUT ELECTION FORM ATTACHED HERETO AND MAIL IT SO THAT IT IS ACTUALLY RECEIVED BY BANKRUPTCY SERVICES LLC AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007:

BANKRUPTCY SERVICES LLC
757 Third Avenue, 3rd Floor
New York, New York 10017
Attn: Foamex Balloting

OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL NOT BE EFFECTIVE.

YOU DO NOT NEED TO COMPLETE THE OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN. SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THE OPT-OUT ELECTION FORM SO THAT IT IS RECEIVED BY BANKRUPTCY SERVICES LLC ON OR PRIOR TO THE DATE AND TIME SET FORTH ABOVE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN. YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.

## OPT OUT ELECTION FORM

PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, **PROVIDED, HOWEVER,** THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.

YOU DO NOT NEED TO COMPLETE THIS OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN. SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THIS OPT-OUT ELECTION FORM SO THAT IT IS RECEIVED BY BANKRUPTCY SERVICES LLC ON OR PRIOR TO 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN. YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.

**BANKRUPTCY SERVICES LLC**
757 Third Avenue, 3rd Floor, New York, New York 10017
Attn: Foamex Balloting

OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL **NOT** BE EFFECTIVE.

**Opt-out Election:** ☐ If you elect to be excluded from the "Releases by non-Debtors of Non-Debtor Released Parties" provision described above, check this box.

Name: _____
          (Print or Type)

By: _____
          (Sign Here)

Title: _____
          (If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
          (Street)                    (City, State, Zip Code)

Broker Name (if applicable): _____

Broker Address (if applicable): _____
                                 (Street)          (City, State, Zip Code)

Brokerage Account No. (if applicable): _____

Telephone Number: _____

Date Completed: _____

**EXHIBIT D-4**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**PREFERRED EQUITY INTEREST BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**CLASS 9**

(Ballot for holder of Existing Preferred Stock)

This ballot (the "Ballot") is being sent to the holder of equity interests in the above–captioned debtors (the "Debtors") on account of Series B preferred stock (the "Equity Interest") issued by Foamex International Inc.[1]

The Debtors' second amended plan of reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), dated November 27, 2006 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan"), can be confirmed by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and thereby made binding on you if it is accepted by the holders of at least two–thirds in amount of interests in each class of equity security holders who cast ballots to accept or reject the Plan. To have your vote counted, you must complete and return this Ballot in accordance with the instructions contained herein.

**PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT SO THAT IT IS ACTUALLY RECEIVED BY BANKRUPTCY SERVICES LLC AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 AT:**

---

[1]   All of Foamex International's issued and outstanding Series B preferred stock is held by D.E. Shaw Laminar Portfolios, L.L.C.

**BALLOTS CAST BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED**

**Item 1.**     **Vote on Plan (please check one and include amount of claim).**

The undersigned:

☐ ACCEPTS (votes FOR) the Plan                    ☐ REJECTS (votes AGAINST) the Plan

AMOUNT OF EQUITY INTERESTS (in shares) _____

**Item 2.     Certification.**

By signing this Ballot, the undersigned hereby certifies that it is the holder of the Existing Preferred Stock to which this Ballot pertains and has received and reviewed the Plan and accompanying Disclosure Statement filed by the Debtors. The undersigned also acknowledges that this solicitation is subject to all of the terms and conditions set forth in the Disclosure Statement. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

Name of Voter: _____
(Print or Type)

Signature: _____

Print or Type Name: _____

Title: _____
(If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
(Street)

_____
(City, State, Zip Code)

Telephone Number: (_____)_____

Date Completed: _____

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote on the Debtors' Plan referred to in the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you complete the Ballot. The capitalized terms used in this Ballot and not otherwise defined in this Ballot shall have the meanings ascribed to them in the Plan.

**This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or interest or (b) an admission by the Debtors of the nature, validity or amount of any Equity Interest.**

1. This Ballot is submitted to you to solicit your vote to accept or reject the Plan. Please indicate your vote by marking an "X" in the appropriate box in Item 1 of the Ballot.

2. Please indicate the amount (in shares) of your Equity Interest in the appropriate space in Item 1 of the Ballot.

3. You must vote all of your Existing Preferred Stock to either accept or reject the Plan. A Ballot that partially rejects and partially accepts the Plan will not be counted. A Ballot that does not indicate an acceptance or rejection of the Plan, or that indicates both an acceptance and rejection of the Plan, will not be counted. If you cast more than one (1) Ballot before the Voting Deadline, the last Ballot received before the Voting Deadline will supersede any prior Ballots. Multiple Ballots of the same holder voting different Equity Interests in different classes will be accepted and counted.

4. Your signature is required on the Ballot in order for your vote to count. You are also required to provide your social security or Tax. I.D. number. If the Equity Interest(s) voted with this Ballot is held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If the Equity Interest(s) is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot.

5. After providing all remaining information requested by the Ballot, please sign, date and return this Ballot to Bankruptcy Services LLC (the "Voting Agent") at the following address:

BANKRUPTCY SERVICES LLC
757 Third Avenue, 3rd Floor
New York, New York 10017
Attn: Foamex Balloting

**BALLOTS MUST BE ACTUALLY RECEIVED BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 (THE "<u>VOTING DEADLINE</u>"). IF A BALLOT IS RECEIVED AFTER THE VOTING DEADLINE, IT WILL NOT BE COUNTED UNLESS THE DEBTORS HAVE EXTENDED THE VOTING DEADLINE AS TO YOUR BALLOT OR THE BANKRUPTCY COURT RULES OTHERWISE. AN ENVELOPE ADDRESSED TO BANKRUPTCY SERVICES LLC IS ENCLOSED FOR YOUR CONVENIENCE.**

6.      The method of delivery of Ballots to the Voting Agent is at the election and risk of each holder of an equity interest. Except as otherwise provided herein, such delivery will be deemed made only when the originally executed Ballot is actually received by the Voting Agent. Instead of effecting delivery by mail, it is recommended, though not required, that such holders use an overnight or hand delivery service. In all cases, sufficient time should be allowed to assure timely delivery. Delivery of a Ballot by facsimile, e-mail or any other electronic means will not be accepted, unless the Bankruptcy Court rules otherwise. No Ballot should be sent to the Debtors, any indenture trustee, or the Debtors' financial or legal advisors.

7.      This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Debtors' Plan.

8.      This Ballot has been prepared to reflect the Class in which you are eligible to vote. If you have Equity Interests in more than one Class you may receive more than one Ballot. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU SHOULD ASSUME THAT EACH BALLOT IS FOR AN EQUITY INTEREST IN A SEPARATE CLASS AND SHOULD COMPLETE AND RETURN ALL OF THEM.** If you have any questions about this Ballot, please contact Bankruptcy Services LLC at the above address or by telephone at (646) 282-2500.

<u>**PLEASE RETURN YOUR BALLOT PROMPTLY.**</u>

**IF YOU RECEIVED A DAMAGED BALLOT OR LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL BANKRUPTCY SERVICES LLC AT (646) 282-2500 FROM 9 A.M. TO 6 P.M. PREVAILING EASTERN TIME, MONDAY THROUGH FRIDAY.**

**PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, <u>PROVIDED</u>, <u>HOWEVER</u>, THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.**

**IN ORDER FOR YOUR OPT-OUT ELECTION OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN TO BE EFFECTIVE, YOU MUST COMPLETE, SIGN AND DATE THE OPT-OUT ELECTION FORM ATTACHED HERETO AND MAIL IT SO THAT IT IS <u>ACTUALLY</u> <u>RECEIVED</u> BY BANKRUPTCY SERVICES LLC AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007:**

**BANKRUPTCY SERVICES LLC**
757 Third Avenue, 3rd Floor
New York, New York 10017
Attn: Foamex Balloting

OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE EFFECTIVE.

      YOU DO NOT NEED TO COMPLETE THE OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN. SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THE OPT-OUT ELECTION FORM BY THE DATE AND TIME SET FORTH ABOVE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN. YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.

## OPT OUT ELECTION FORM

PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, <u>PROVIDED, HOWEVER,</u> THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.

YOU DO NOT NEED TO COMPLETE THIS OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN. SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THIS OPT-OUT ELECTION FORM SO THAT IT IS RECEIVED BY BANKRUPTCY SERVICES LLC ON OR PRIOR TO 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN. YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor, New York, New York 10017**
**Attn: Foamex Balloting**

OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE EFFECTIVE.

**Opt-out Election:** ☐  If you elect to be excluded from the "Releases by non-Debtors of Non-Debtor Released Parties" provision described above, check this box.

Name: _____
                        (Print or Type)

By: _____
                        (Sign Here)

Title: _____
                        (If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
        (Street)            (City, State, Zip Code)

Broker Name (if applicable): _____

Broker Address (if applicable): _____
            (Street)       (City, State, Zip Code)
Brokerage Account No. (if applicable): _____

Telephone Number: _____

Date Completed: _____

# EXHIBIT D-5

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL, INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### EXISTING COMMON STOCK BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

### CLASS 10

(Beneficial Owners of Existing Common Stock)

This ballot (the "Ballot") is being sent to holders of common stock (the "Common Stock" or "Equity Interest") par value $0.01 per share, issued by Foamex International Inc.

The above–captioned debtors' (the "Debtors") second amended plan of reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), dated November 27, 2006 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan"), can be confirmed by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and thereby made binding on you if it is accepted by the holders of at least two–thirds in amount of interest holders in each class of equity security holders who cast ballots to accept or reject the Plan. To have your vote counted, you must complete and return this Ballot in accordance with the instructions contained herein.

**PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT TO THE APPROPRIATE BANK OR BROKERAGE FIRM (OR ITS AGENT) AT THE ADDRESS SET FORTH ON THE ENCLOSED PRE–ADDRESSED ENVELOPE SO THAT IT IS ACTUALLY RECEIVED BY THE APPROPRIATE BANK OR BROKERAGE FIRM (OR ITS AGENT BY DECEMBER 28, 2006. DO NOT MAIL BALLOTS DIRECTLY TO BANKRUPTCY SERVICES LLC. THE APPROPRIATE BANK OR BROKERAGE FIRM (OR ITS AGENT) WILL FORWARD YOUR BALLOT TO BANKRUPTCY SERVICES LLC ON YOUR BEHALF.**

**BALLOTS CAST BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**BALLOTS DELIVERED BY YOU DIRECTLY TO BANKRUPTCY SERVICES LLC WILL <u>NOT</u> BE COUNTED. PLEASE READ THE ATTACHED INSTRUCTIONS ON RETURNING YOUR BALLOT.**

By signing below, you are certifying that you are the beneficial owner, or an authorized signatory for someone who was a beneficial owner, of such amount of such Common Stock on November 15, 2006 (the "Record Date").

Beneficial owners may not split their vote on the Plan. If you are submitting a vote with respect to any Common Stock that you beneficially own, you must vote all of your Common Stock in the same way (*i.e.*, all "accept" or all "reject").

An authorized signatory of an eligible beneficial owner may execute this Ballot, but must provide the name and address of the beneficial owner on this Ballot and may be required to submit evidence to the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of the beneficial owner. Authorized signatories voting on behalf of more than one beneficial owner must complete a separate Ballot for each owner.

You may receive multiple mailings containing Ballots, especially if you own your Common Stock through more than one bank, broker or other intermediary. You should vote each Ballot that you receive for all of the Common Stock that you beneficially own through the bank, broker or other intermediary from which you received the Ballot.

You must provide all of the information requested by this Ballot. Failure to do so may result in the disqualification of your vote.

**Item 1.          Vote on Plan (please check one and include amount of claim).**

          The undersigned:

☐  ACCEPTS (votes FOR) the Plan          ☐  REJECTS (votes AGAINST) the Plan

AMOUNT OF COMMON STOCK (in shares) _____

**Item 2.          Certification As to Common Stock held in Additional Accounts.**

          By returning this Ballot, the beneficial owner certifies that either (1) it has not submitted any other Ballots for Common Stock held in other accounts or other record names, or (2) it has provided the information specified in the following table for all other Common Stock for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

| Name of Holder (Insert the name of broker or bank (or its agent)) | Account Number (if applicable) | Number of Shares |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

**Item 3.        Certification.**

By signing this Ballot, the undersigned hereby certifies that it is the beneficial owner of the Common Stock to which this Ballot pertains and is sending this Ballot to the registered or record holder of, or other nominee (the "Nominee") of the undersigned with respect to, the Common Stock to which this Ballot pertains, whom the undersigned hereby authorizes and instructs to (x) execute a Master Ballot reflecting this Ballot and (y) deliver such Master Ballot to Bankruptcy Services LLC.

Name of Voter: _____
                                                (Print or Type)

Signature: _____

Print or Type Name: _____

Title: _____
                                                (If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
                                                (Street)

_____
                                        (City, State, Zip Code)

Telephone Number: (_____)_____

Date Completed: _____

**PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT
TO THE APPROPRIATE BANK OR BROKERAGE FIRM (OR ITS AGENT) AT THE ADDRESS
SET FORTH ON THE ENCLOSED PRE–ADDRESSED ENVELOPE SO
THAT IT IS ACTUALLY RECEIVED BY THE APPROPRIATE BANK OR
BROKERAGE FIRM (OR ITS AGENT) BY DECEMBER 28, 2006.**

**PLEASE MAKE SURE YOU HAVE PROVIDED
ALL INFORMATION REQUESTED BY THIS BALLOT.**

**YOU SHOULD *NOT* SUBMIT YOUR COMMON STOCK WITH THIS BALLOT.**

**IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN,
THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL BANKRUPTCY SERVICES
LLC AT (646) 282-2500 FROM 9 A.M. TO 6 P.M. PREVAILING EASTERN TIME, MONDAY
THROUGH FRIDAY.**

## INSTRUCTIONS FOR COMPLETING THIS BALLOT

The Debtors are soliciting your vote on the Debtors' Plan referred to in the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you complete the Ballot. The capitalized terms used in this Ballot and not otherwise defined in this Ballot shall have the meanings ascribed to them in the Plan.

**This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of interest or (b) an admission by the Debtors of the nature, validity or amount of your Common Stock.**

**This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.** Holders should *not* surrender, at this time, share certificates representing their Common Stock, and the Debtors will *not* accept delivery of any such certificates surrendered together with this Ballot.

To have your vote count, you must complete, sign and return this Ballot to the address set forth on the enclosed pre-addressed envelope provided. **Unsigned Ballots will not be counted. Facsimile and email Ballots will not be counted.** Ballots must be actually received by the addressee on the enclosed return envelope by December 28, 2006 to permit the appropriate bank or brokerage firm (or its agent) to complete and return a master Ballot containing your Ballot to the Balloting Agent, Bankruptcy Services LLC, before 4:00 p.m., prevailing Eastern Time, January 4, 2007. **Do not mail Ballots directly to Bankruptcy Services LLC. The appropriate bank or brokerage firm (or its agent) will forward your Ballot to Bankruptcy Services LLC on your behalf.**

To complete the Ballot properly, take the following steps:

1. Make sure that the information required in Item 1 has been completed. If you do not know the number of share of Common Stock you owned as of the Record Date, please contact either Bankruptcy Services LLC at (646) 282-2500, your bank or broker or your nominee.

2. Cast your vote either to accept or reject the Plan by marking the proper box in Item 1 for the shares of Common Stock held by you.

3. Read Item 2 and supply the requested information, if applicable to you.

4. Sign and date your Ballot, as required by Item 3. Your signature is required on the Ballot in order for your vote to count. You are also required to provide your social security or Tax. I.D.

number. If the Equity Interest(s) voted with this Ballot is held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If the Equity Interest(s) is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot.

5.    If you believe that you have received the wrong Ballot, please contact Bankruptcy Services LLC at (646) 282-2500, or your bank, broker or nominee immediately.

6.    If you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing.

7.    Provide your name and mailing address (i) if different from the printed address that appears on the Ballot, or (ii) if no pre-printed address appears on the Ballot.

8.    Return your Ballot using the enclosed return envelope.

**PLEASE MAIL YOUR BALLOT PROMPTLY.**

**IF YOU RECEIVED A DAMAGED BALLOT OR LOSE YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL BANKRUPTCY SERVICES LLC AT (646) 282-2500 FROM 9 A.M. TO 6 P.M. PREVAILING EASTERN TIME, MONDAY THROUGH FRIDAY.**

**PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, PROVIDED, HOWEVER, THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.**

**IN ORDER FOR YOUR OPT-OUT ELECTION OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN TO BE EFFECTIVE, YOU MUST COMPLETE, SIGN AND DATE THE OPT-OUT ELECTION FORM ATTACHED HERETO AND MAIL IT SO THAT IT IS ACTUALLY RECEIVED BY BANKRUPTCY SERVICES LLC AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007:**

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor**
**New York, New York 10017**
**Attn:  Foamex Balloting**

**OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL NOT BE EFFECTIVE.**

**YOU DO NOT NEED TO COMPLETE THE OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN.  SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THE**

OPT-OUT ELECTION FORM SO THAT IT IS RECEIVED BY BANKRUPTCY SERVICES LLC ON OR PRIOR TO THE DATE AND TIME SET FORTH ABOVE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.  YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.

## OPT OUT ELECTION FORM

PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, PROVIDED, HOWEVER, THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.

YOU DO NOT NEED TO COMPLETE THIS OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN. SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THIS OPT-OUT ELECTION FORM SO THAT IT IS RECEIVED BY BANKRUPTCY SERVICES LLC ON OR PRIOR TO 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN. YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.

### BANKRUPTCY SERVICES LLC
**757 Third Avenue, 3rd Floor, New York, New York 10017**
**Attn: Foamex Balloting**

OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE EFFECTIVE.

Opt-out Election: ☐ If you elect to be excluded from the "Releases by non-Debtors of Non-Debtor Released Parties" provision described above, check this box.

Name: _____
(Print or Type)

By: _____
(Sign Here)

Title: _____
(If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
(Street)                              (City, State, Zip Code)

Broker Name (if applicable): _____

Broker Address (if applicable): _____
(Street)                              (City, State, Zip Code)

Brokerage Account No. (if applicable): _____

Telephone Number: _____

Date Completed: _____

**EXHIBIT D-6**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**EXISTING COMMON STOCK BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**CLASS 10**

(Master Ballot for Beneficial Owners of Existing Common Stock)

---

The Voting Deadline is 4:00 p.m., prevailing Eastern Time January 4, 2007. If the Balloting Agent does not receive your Master Ballot by the Voting Deadline, the votes and elections included in your Master Ballot will not count. Do not fax or email this Ballot or any beneficial owner Ballot to the Balloting Agent; faxed or emailed Ballots will not be counted.

---

   This master Ballot (the "Master Ballot") is being sent to banks and brokerage firms (or their agents) through which beneficial owners (the "Beneficial Owners") of the common stock (the "Common Stock") par value $0.01 per share, issued by Foamex International Inc. hold their Common Stock.

   The above-captioned debtors' (the "Debtors") second amended plan of reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), dated November 27, 2006 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan"), can be confirmed by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount of equity security holders who cast ballots to accept or reject the Plan. To have your vote counted, you must complete and return this Ballot in accordance with the instructions contained herein.

**PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. COMPLETE, SIGN, AND DATE THIS MASTER BALLOT AND RETURN IT SO THAT IT IS ACTUALLY RECEIVED BY THE BALLOTING AGENT, BANKRUPTCY SERVICES LLC, AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 AT:**

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor**
**New York, New York 10017**
**Attn: Foamex Balloting**

**BALLOTS CAST BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED**

**Item 1.     Tabulation of Votes with Respect to the Plan.**

Please note that whenever a beneficial owner of the Common Stock (the "<u>Beneficial Owner</u>") casts more than one (1) Ballot voting the same Common Stock before the Voting Deadline, the last Ballot received before the Voting Deadline will supersede any prior Ballots; and each Beneficial Owner must vote all of the Common Stock owned by such Beneficial Owner either to accept or reject the Plan and may not split its vote. Thus, a Ballot that partially rejects and partially accepts the Plan will not be counted.

**Item 2.     Aggregate Number of Shares of Common Stock as to Which Votes are Cast.**

By signing this Master Ballot, the undersigned certifies that it is the registered owner as of November 15, 2006, of the shares of Common Stock set forth below, for which voting instructions have been received from Beneficial Owners for whom the undersigned holds Common Stock in its name as listed in Item 4 below.

**Item 3.     Equity Interest Holders' Vote on Plan - Aggregate Number of Shares.**

As instructed by the Beneficial Owners of the Common Stock, the undersigned transmits the following votes of such Beneficial Owners in respect of their Common Stock:

**Vote on Plan (please check one and include the amount of Common Stock (in shares).**

The undersigned:

☐  ACCEPTS (votes FOR) the Plan          ☐  REJECTS (votes AGAINST) the Plan

AMOUNT OF COMMON STOCK (in shares) _____   AMOUNT OF COMMON STOCK (in shares) _____

**Item 4.     Equity Interest Holders' Vote on the Plan - Number of Beneficial Owners.**

The undersigned certifies that the following Beneficial Owners of Common Stock, as identified by their respective customer account numbers or the respective sequence numbers set forth below, have delivered to the undersigned Beneficial Owner Ballots casting votes (indicate the aggregate number of shares for each respective account under the appropriate column) (please use additional sheets of paper if necessary).

## FACE AMOUNT OF COMMON STOCK

| Customer Name and/or Account Number for Each Beneficial Owner of Common Stock | To Accept (For) the Plan (In Number of Shares) | To Reject (Against) the Plan (In Number of Shares) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

**Item 5.**    **Additional Ballots Submitted by Beneficial Owners.**

The undersigned certifies that it has transcribed below the information, if any, provided in Item 4 of each Ballot received from a Beneficial Owner (please use additional sheets of paper if necessary):

| Your Customer Name and/or Account Number For each Beneficial Owner | Name of Registered Holder or Nominee of Other Account | Customer Account Number of Other Account (if Applicable) | Amount (in Shares) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**Item 6.    Certification.**

By signing this Master Ballot, the undersigned certifies that:

(a) each Beneficial Owner of Common Stock whose votes are being transmitted by this Master Ballot has been provided with (i) written notice of (w) the Court's approval of the Disclosure Statement, (x) the deadline for voting on the Plan, (y) the date of the hearing on confirmation of the Plan, and (z) the deadline and procedures for filing objections to confirmation of the Plan; (ii) the Plan; (iii) the Disclosure Statement; (iv) a Ballot and a Ballot return envelope; and (v) the Court's order approving, _inter alia_, the Disclosure Statement; and

(b) it has been authorized by each such Beneficial Owner to vote on the Plan.

**Item 7.    Certification of Authority.**

By signing this Master Ballot, the undersigned certifies that it is the registered or record holder of the Common Stock to which this Master Ballot pertains and/or has full power and authority to vote to accept or reject the Plan.

This Master Ballot may not be used for any purpose other than for casting votes to accept or reject the Plan.

This Master Ballot is to be used by banks and brokerage firms (or their agents) for casting votes to accept or reject the Plan on behalf of Beneficial Owners holding Common Stock.

By signing this Master Ballot, the undersigned certifies that it will maintain the original Beneficial Owner Ballot returned by each Beneficial Owner (whether properly completed or defective) for one year after the Effective Date for disclosure to the Bankruptcy Court and/or the Debtors, if so ordered.

Name of Voter: _____
(Print or Type)

Signature: _____

Print or Type Name: _____

Title: _____
(If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
(Street)

_____
(City, State, Zip Code)

Telephone Number: (\_\_\_\_\_)_____

Date Completed: _____

## INSTRUCTIONS FOR COMPLETING THE MASTER BALLOT

The Debtors are soliciting your customers' votes on the Debtors' Plan referred to in the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you complete the Master Ballot. The capitalized terms used in this Master Ballot and not otherwise defined herein shall have the meanings ascribed to them in the Plan.

The Master Ballot is to be used by banks, brokers, proxy intermediaries or other nominees of Beneficial Owners of the Common Stock. The Master Ballot must summarize votes cast by Beneficial Owners to accept or reject the Plan. **The Master Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of interest or (b) an admission by the Debtors of the nature, validity, or amount of any equity interest.**

**The Master Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to indicate votes to accept or reject the Plan.** Holders should *not* surrender, at this time, their share certificates, the Debtors will *not* accept delivery of any such certificates surrendered together with this Master Ballot.

To have the votes of your customers count, you must complete, sign and return this Master Ballot so that it is actually received by Bankruptcy Services LLC, by 4:00 p.m., Prevailing Eastern Time, on January 4, 2007. **Unsigned Master Ballots will *not* be counted. Do *not* deliver completed Master Ballots to Bankruptcy Services LLC by facsimile or email. Master Ballots cast by facsimile or email will *not* be counted.**

To complete the Master Ballot properly, take the following steps:

1. You must deliver the Beneficial Owner Ballot to each Beneficial Owner for whom you hold Common Stock, and take any action required to enable each such Beneficial Owner to timely vote his or her Common Stock to accept or reject the Plan. With regard to any Beneficial Owner Ballots returned to you, you must (1) execute the Master Ballot so as to reflect the voting instructions given to you in the Beneficial Owner Ballots by the Beneficial Owner for whom you hold Common Stock and (2) forward such Master Ballot to Bankruptcy Services LLC.

2. Provide appropriate information for each of the items on the Master Ballot. Please note that Item 4 requests information for each individual Beneficial Owner for whom you hold Common Stock in your name. Please use the customer account number assigned by you to each such Beneficial Owner or, if no such customer account number exists, please use the sequential numbers provided (making sure to retain a separate list of each Beneficial Owner and his or her assigned sequential number).

3. Vote to accept (for) or reject (against) the Plan in Item 3 for the Common Stock held by you as the registered or record holder on behalf of the Beneficial Owners.

4. Fill in the information requested in Item 5 for each Beneficial Owner that completed Item 4 of their Beneficial Owner Ballot, if applicable.

5. Read Item 6.

6. Sign and date your Master Ballot.

7. If you are completing this Master Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing.

8. Provide your name and mailing address.

No fees or commissions or other remuneration will be payable to any broker, dealer or other person for soliciting Ballots accepting the Plan. The Debtors will, however, upon request, reimburse you for customer mailing and handling expenses incurred by you in forwarding the Beneficial Owner Ballots and other enclosed materials to your clients.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT, THE BENEFICIAL OWNER BALLOT OR THE OTHER ENCLOSED MATERIALS, PLEASE CONTACT BANKRUPTCY SERVICES LLC AT (646) 282-2500 FROM 9 A.M. TO 6 P.M. PREVAILING EASTERN TIME, MONDAY THROUGH FRIDAY.**

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL MAKE YOU OR ANY OTHER PERSON AN AGENT OF THE DEBTORS OR THE BALLOTING AGENT, OR AUTHORIZE YOU OR ANY OTHER PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE DOCUMENTS ENCLOSED HEREWITH.**

**TO BE COUNTED THIS MASTER BALLOT MUST BE COMPLETED IN ACCORDANCE WITH THESE INSTRUCTIONS AND ACTUALLY RECEIVED BY BANKRUPTCY SERVICES LLC, AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 AT:**

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor**
**New York, New York 10017**
**Attn: Foamex Balloting**

**BALLOTS CAST BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED**

**PLEASE RETURN YOUR BALLOT PROMPTLY.**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL, INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### COMMON EQUITY INTEREST BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

### CLASS 10

(Ballot for holders of Existing Common Stock that are
both Beneficial Owners and Record Holders )

This master Ballot (the "<u>Master Ballot</u>") is being sent to banks and brokerage firms (or their agents) through which beneficial owners (the "<u>Beneficial Owners</u>") of the common stock ("Common Stock") par value $0.01 per share hold their Common Stock.

The above-captioned debtors' (the "<u>Debtors</u>") second amended plan of reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>"), dated November 27, 2006 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>"), can be confirmed by the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") and thereby made binding on you if it is accepted by the holders of at least two–thirds in amount of interest holders in each class of equity security holders who cast ballots to accept or reject the Plan. To have your vote counted, you must complete and return this Ballot in accordance with the instructions contained herein.

**PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT SO THAT IT IS ACTUALLY RECEIVED BY BANKRUPTCY SERVICES LLC AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 AT:**

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor**
**New York, New York 10017**
**Attn: Foamex Balloting**

## BALLOTS CAST BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED

**Item 1.**　　　**Number of Shares of Common Stock**

Stock.　　　　　Mark with an "**X**" all boxes that apply, and provide the number of shares of Common

☐  I hereby certify that I am the beneficial owner and record holder (or authorized signatory therefor) of _____ shares of Common Stock.

**Item 2.**　　　**Vote on Plan (please check one).**

　　　　　The undersigned:

☐  ACCEPTS (votes FOR) the Plan　　　　　☐  REJECTS (votes AGAINST) the Plan

**Item 3.**　　**Certification.**

　　　By signing this Ballot, the undersigned hereby certifies that it is the beneficial owner and record holder of the Common Stock to which this Ballot pertains and has received and reviewed the Plan and accompanying Disclosure Statement filed by the Debtors. The undersigned also acknowledges that this solicitation is subject to all of the terms and conditions set forth in the Disclosure Statement. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

Name of Voter: _____
　　　　　　　　　　　　　　　　　(Print or Type)

Signature: _____

Print or Type Name: _____

Title: _____
　　　　　　　　　　　　　　　　　(If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
　　　　　　　　　　　　　　　　　(Street)

_____
　　　　　　　　　　　　　　(City, State, Zip Code)

Telephone Number: (_____)_____

Date Completed: _____

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote on the Debtors' Plan referred to in the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you complete the Ballot. The capitalized terms used in this Ballot and not otherwise defined in this Ballot shall have the meanings ascribed to them in the Plan.

**This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of interest or (b) an admission by the Debtors of the nature, validity or amount of your Common Stock.**

1. Please indicate the amount of your Common Stock (in shares) in the appropriate space in Item 1 of the Ballot. The amount of your Common Stock as set forth by you on this Ballot does not necessarily constitute an Allowed Equity Interest under the Plan. The amount of your Common Stock may be subject to further reconsideration and an objection may be interposed.

2. This Ballot is submitted to you to solicit your vote to accept or reject the Plan. Please indicate your vote by marking an "X" in the appropriate box in Item 2 of the Ballot.

3. You must vote all of your Common Stock within a single Class to either accept or reject the Plan. A Ballot that partially rejects and partially accepts the Plan will not be counted. A Ballot that does not indicate an acceptance or rejection of the Plan, or that indicates both an acceptance and rejection of the Plan, will not be counted. If you cast more than one (1) Ballot voting the same Common Stock before the Voting Deadline, the last Ballot received before the Voting Deadline will supersede any prior Ballots. Multiple Ballots of the same holder voting different claims or equity interests in different classes will be accepted and counted.

4. Your signature is required on the Ballot in order for your vote to count. You are also required to provide your social security or Tax. I.D. number. If the Equity Interest voted with this Ballot is held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If the Equity Interest is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot.

5. After providing all remaining information requested by the Ballot, please sign, date and return this Ballot to Bankruptcy Services LLC (the "Voting Agent") at the following address:

BANKRUPTCY SERVICES LLC
757 Third Avenue, 3rd Floor
New York, New York 10017
Attn: Foamex Balloting

**BALLOTS MUST BE ACTUALLY RECEIVED BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007 (THE "VOTING DEADLINE"). IF A BALLOT IS RECEIVED AFTER THE VOTING DEADLINE, IT WILL NOT BE COUNTED UNLESS THE DEBTORS HAVE EXTENDED THE VOTING DEADLINE AS TO YOUR BALLOT OR THE BANKRUPTCY COURT RULES OTHERWISE. AN ENVELOPE ADDRESSED TO BANKRUPTCY SERVICES LLC IS ENCLOSED FOR YOUR CONVENIENCE.**

6. The method of delivery of Ballots to the Voting Agent is at the election and risk of each holder of a claim or equity interest. Except as otherwise provided herein, such delivery will be deemed made only when the originally executed Ballot is actually received by the Voting Agent. Instead of effecting delivery by mail, it is recommended, though not required, that such holders use an overnight or hand delivery service. In all cases, sufficient time should be allowed to assure timely delivery. Delivery of a Ballot by facsimile, e-mail or any other electronic means will not be accepted, unless the Bankruptcy Court rules otherwise. No Ballot should be sent to the Debtors, any indenture trustee, or the Debtors' financial or legal advisors. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Debtors' Plan.

7. This Ballot has been prepared to reflect the Class in which you are eligible to vote. If you have equity interests or claims in more than one Class you may receive more than one Ballot.

8. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU SHOULD ASSUME THAT EACH BALLOT IS FOR A EQUITY INTEREST OR CLAIM IN A SEPARATE CLASS AND SHOULD COMPLETE AND RETURN ALL OF THEM.** If you have any questions about this Ballot, please contact Bankruptcy Services LLC at the above address or by telephone at (646) 282-2500.

<u>**PLEASE RETURN YOUR BALLOT PROMPTLY.**</u>

**IF YOU RECEIVED A DAMAGED BALLOT OR LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL BANKRUPTCY SERVICES LLC AT (646) 282-2500 FROM 9 A.M. TO 6 P.M. PREVAILING EASTERN TIME, MONDAY THROUGH FRIDAY.**

**PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, <u>PROVIDED,</u> <u>HOWEVER,</u> THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.**

**IN ORDER FOR YOUR OPT-OUT ELECTION OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN TO BE EFFECTIVE, YOU MUST COMPLETE, SIGN AND DATE THE OPT-OUT ELECTION FORM ATTACHED HERETO AND MAIL IT SO THAT IT IS <u>ACTUALLY</u> <u>RECEIVED</u> BY BANKRUPTCY SERVICES LLC AT THE ADDRESS SET FORTH BELOW BY 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007:**

**BANKRUPTCY SERVICES LLC**
757 Third Avenue, 3rd Floor
New York, New York 10017
Attn: Foamex Balloting

OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL <u>NOT</u> BE EFFECTIVE.

YOU DO NOT NEED TO COMPLETE THE OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN. SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THE OPT-OUT ELECTION FORM SO THAT IS RECEIVED BY BANKRUPTCY SERVICES LLC ON OR PRIOR TO THE DATE AND TIME SET FORTH ABOVE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN. YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.

## OPT OUT ELECTION FORM

PLEASE TAKE NOTICE THAT YOU MAY, AT YOUR OPTION, ELECT TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN ARTICLE VIII OF THE PLAN, **PROVIDED, HOWEVER**, THAT IF YOU VOTE TO ACCEPT THE PLAN YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN AND YOU MAY NOT ELECT TO OPT-OUT OF THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN.

YOU DO NOT NEED TO COMPLETE THIS OPT-OUT ELECTION FORM IF YOU CONSENT TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN. SIMILARLY, IF YOU DO NOT COMPLETE AND RETURN THIS OPT-OUT ELECTION FORM SO THAT IT IS RECEIVED BY BANKRUPTCY SERVICES LLC ON OR PRIOR TO 4:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 4, 2007, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION CONTAINED IN THE PLAN. YOUR ELECTION TO BE INDIVIDUALLY EXCLUDED FROM THE "RELEASES BY NON-DEBTORS OF NON-DEBTOR RELEASED PARTIES" PROVISION OF THE PLAN WILL NOT AFFECT THE AMOUNT OF, OR YOUR QUALIFICATION TO RECEIVE, YOUR DISTRIBUTION UNDER THE PLAN.

**BANKRUPTCY SERVICES LLC**
**757 Third Avenue, 3rd Floor, New York, New York 10017**
**Attn: Foamex Balloting**

OPT-OUT ELECTION FORMS SENT BY FACSIMILE OR EMAIL WILL **NOT** BE EFFECTIVE.

**Opt-out Election:** ☐ **If you elect to be excluded from the "Releases by non-Debtors of Non-Debtor Released Parties" provision described above, check this box.**

Name: _____
              (Print or Type)

By: _____
              (Sign Here)

Title: _____
              (If Appropriate)

Social Security or Federal Tax I.D. No.: _____

Address: _____
      (Street)            (City, State, Zip Code)

Broker Name (if applicable): _____

Broker Address (if applicable): _____
          (Street)        (City, State, Zip Code)
Brokerage Account No. (if applicable): _____

Telephone Number: _____

Date Completed: _____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-12685 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF (I) POSSIBLE ASSUMPTION OF EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES (II) FIXING OF CURE**
**AMOUNTS AND (III) DEADLINE TO OBJECT THERETO**

  **PLEASE TAKE NOTICE** that on November 3, 2006, Foamex International Inc.
("Foamex International"), Foamex L.P., Foamex Latin America, Inc., Foamex Asia, Inc., FMXI, Inc.,
Foamex Carpet Cushion LLC, Foamex Capital Corporation, Foamex Mexico, Inc. and Foamex Mexico II,
Inc., the above captioned debtors and debtors in possession (each a "Debtor," and collectively, the
"Debtors") filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy
Court") the *Debtors' Motion for an Order (i) Approving Form and Contents of Solicitation Package;
(ii) Approving Form and Manner of Notice of the Confirmation Hearing; (iii) Establishing Record Date
and Approving Procedures for Distribution of Solicitation Packages; (iv) Approving Forms of Ballots; (v)
Establishing Last Date For Receipt of Ballots; (vi) Approving Procedures for Vote Tabulations; (vii)
Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan and Asserted
Cure Amounts for Executory Contracts and Unexpired Leases to be Assumed as Part of Plan; and (viii)
Granting Related Relief* [Docket No. 1875] (the "Voting Procedures Motion"). The Voting Procedures
Motion sought approval of, among other things, procedures for the fixing of Cure Amounts (as defined
below) in connection with the potential assumption of certain executory contracts and unexpired leases
(collectively, the "Contracts") pursuant to the *Debtors' Second Amended Joint Plan of Reorganization
under Chapter 11 of the Bankruptcy Code* (the "Plan"), and the deadline to object to such Cure Amounts
or assumptions.

  **PLEASE TAKE FURTHER NOTICE** that on the schedule annexed hereto as
Exhibit A, the Debtors have indicated the cure amounts that the Debtors believe must be paid to
compensate the non-Debtor parties for any actual pecuniary losses arising from any defaults under the
Debtors' Contracts with such non-Debtor parties (in each instance, the "Cure Amount").

  **PLEASE TAKE FURTHER NOTICE** that any party objecting to the Cure Amounts,
whether or not such party previously has filed a proof of claim with respect to amounts due under the applicable
agreement, or objecting to the potential assumption of such Contract(s), shall be required to file and serve an
objection, in writing, setting forth with specificity any and all cure obligations that the objecting party asserts
must be cured or satisfied in respect of the Contracts and/or any and all objections to the potential assumption of

such agreements, together with all documentation supporting such cure claim or objection. Any objections to the proposed assumption of the Contract(s) and/or the corresponding Cure Amount(s), must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, and served upon each of the following notice parties so that the objection is received no later than [_____], 2007 at 4:00 p.m. (the "Cure Objection Deadline"):

Foamex International Inc.
1000 Columbia Avenue
Linwood, PA 19061
Attn: Gregory J. Christian, Esq.

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Co-Counsel to the Debtors and Debtors in
 Possession
1285 Avenue of the Americas
New York, NY 10019-6064
Attn:   Alan W. Kornberg, Esq.
        Brian S. Hermann, Esq.

Young Conaway Stargatt & Taylor, LLP
Co-Counsel to the Debtors and Debtors in
 Possession
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
Attn:   Pauline K. Morgan, Esq.
        Joseph M. Barry, Esq.

Greenberg Traurig, LLP
Co-Counsel to the Official Creditors' Committee
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
Attn:   Donald J. Detweiler, Esq.

Lowenstein Sandler PC
Co-Counsel to the Official Creditors'
 Committee
65 Livingston Avenue
Roseland, NJ 07068-1791
Attn:   Kenneth A. Rosen, Esq.
        Paul Kizel, Esq.

Schulte Roth & Zabel LLP
Co-Counsel to the Ad Hoc Committee of
 Senior Secured Noteholders
919 Third Avenue
New York, NY 10022
Attn:   Adam Harris, Esq.

Richards, Layton & Finger, P.A.
Co-Counsel to the Ad Hoc Committee of
 Senior Secured Noteholders
One Rodney Square
920 North King Street
Wilmington, DE 19801
Attn:   John H. Knight, Esq.

Kaye Scholer LLP
Co-Counsel to the agents for the Debtors'
 postpetition lenders
425 Park Avenue
New York, NY 10022-3598
Attn:   Marc D. Rosenberg, Esq.
        Albert M. Fenster, Esq.

Schulte Roth & Zabel LLP
Co-Counsel to the agents for the Debtors'
 postpetition lenders
919 Third Avenue
New York, NY 10022
Attn:   Frederic L. Ragucci, Esq.

Buchanan Ingersoll & Rooney
Co-Counsel to the agents for the Debtors'
 postpetition lenders
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Attn:   Jami B. Nimeroff, Esq.

Landis Rath & Cobb, LLP
Co-Counsel to the agents for the Debtors'
  postpetition lenders
919 Market Street, Suite 600
Wilmington, DE 19899
Attn:    Adam C. Landis, Esq.

Morris Nichols Arsht & Tunnell LLP
Co-Counsel to the Significant Equityholders
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Attn:    William H. Sudell, Esq.

Cahill Gordon & Reindel LLP
Counsel to the Proposed Exit Lenders
Eighty Pine Street
New York, NY 10005
Attn:    Susanna M. Suh, Esq.

Cleary Gottlieb Steen & Hamilton LLP
Co-Counsel to the Significant Equityholders
One Liberty Plaza
New York, NY 10006
Attn:    James L. Bromley, Esq.

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Attn:    David L. Buchbinder, Esq.

     **PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed and the parties are unable to settle such objection, a hearing with respect to the assumption of your Contract and/or your Cure Amount will be held on January 18, 2007 at 9:30 a.m. prevailing Eastern Time before the Honorable Peter J. Walsh in the United States Bankruptcy Court for the District of Delaware, 6th Floor, 824 Market Street, Wilmington, Delaware 19801.

     **PLEASE TAKE FURTHER NOTICE** that in the event that no Cure Objection is timely filed with respect to a Subject Contract, the counterparty to such Subject Contract shall be deemed to have consented to the assumption of the Subject Contract and the Cure Amount proposed by the Debtors and shall be barred from asserting any additional amount on account of the Debtors' cure obligations under section 365 of the Bankruptcy Code or otherwise from the Debtors, their estates or the Reorganized Debtors prior to the Effective Date of the Plan. In addition, if no timely Cure Objection is filed with respect to a Subject Contract, upon the Effective Date of the Plan, the counterparty to such Subject Contract shall be forever enjoined and barred from asserting any additional amount on account of the Debtors' cure obligations under section 365 of the Bankruptcy Code or otherwise from the Debtors, their estates or the Reorganized Debtors and the Reorganized Debtors and the non-debtor party to the Subject Contract shall enjoy all of the rights and benefits under the Subject Contract without the necessity of obtaining any party's written consent to the Debtors' assumption of the Subject Contract, and such counterparty shall be deemed to have waived any right to object, consent, condition or otherwise restrict the Debtors' assumption of the Subject Contract.

     **PLEASE TAKE FURTHER NOTICE** that if you agree with assumption of your Contract and the Cure Amount indicated, you need not take any further action.

     **PLEASE TAKE FURTHER NOTICE** that the inclusion of a Contract herein is without prejudice to the Debtors' right to modify their election to assume or to reject such Contract prior to the entry of a final, non-appealable order (which order may be the confirmation order) deeming such Contract assumed or rejected, and inclusion of a Contract herein is <u>not</u> a final determination that such Contract will, in fact, be assumed.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of a Contract herein shall not constitute or be deemed to be a determination or admission by the Debtors that such document is, in fact, an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code (all rights with respect thereto being expressly reserved).

Dated: Wilmington, Delaware
      November ___, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (No. 3650)
Joseph M. Barry (No. 4221)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Counsel for the Debtors and Debtors in Possession