# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, ) | Case No. 05-12685 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Ref. Docket No. 2191 |

## ORDER GRANTING DEBTORS' MOTION FOR AN ORDER FURTHER EXTENDING THEIR EXCLUSIVE PERIOD WITHIN WHICH TO SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN

Upon consideration of the Motion[1] of Foamex International Inc., Foamex L.P., Foamex Latin America, Inc., Foamex Asia, Inc., FMXI, Inc., Foamex Carpet Cushion LLC, Foamex Capital Corporation, Foamex Mexico, Inc. and Foamex Mexico II, Inc., the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order extending the exclusive period during which only the Debtors may solicit acceptances of a plan of reorganization (the "Motion"); and it appearing that "cause" exists to further extend the Debtors' Exclusive Period and that such relief is in the best interest of the Debtors, their estates and creditors; and due and proper notice having been given under the circumstances and in accordance with Del. Bankr. L.R. 2002-1(b); and it appearing that this is a core proceeding under 28 U.S.C. § 158(a); it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that nothing in this Order shall prejudice the Debtors from seeking a further extension(s) of the Exclusive Period from this Court.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED, that the Debtors' Exclusive Period is hereby extended through and including February 14, 2007.

Dated: Wilmington Delaware
January 31, 2007

/s/ Kevin Gross
Kevin Gross
United States Bankruptcy Judge